**Fill in this information to identify the case:**

Debtor Name _Erin Burke_

United States Bankruptcy Court for the: Central District of California

Case number: _24-14882_

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: _July_

Line of business: _individual_

Date report filed: _08/20/2024_
MM / DD / YYYY

NAISC code: _***************_

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _Erin Burke_

Original signature of responsible party _[signature]_

Printed name of responsible party _Erin Burke_

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☑ |

| Debtor Name | Erin Burke | Case number | 24-14882 |
|---|---|---|---|

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 13,379.91

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 7,158.03

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 13,156.23

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 885.81

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 13,379.91

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 0.00

Debtor Name  Erin Burke                                               Case number  24-14882

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                     $ _____ 0.00

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                    _____ 0

27. What is the number of employees as of the date of this monthly report?                       _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?       $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 0.00

30. How much have you paid this month in other professional fees?                                 $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 26,157.00 | − | $ 7,158.00 | = | $ -19,000.00 |
| 33. **Cash disbursements** | $ 35,082.00 | − | $ 13,156.00 | = | $ -21,952.00 |
| 34. **Net cash flow** | $ -8,924.00 | − | $ -5,998.00 | = | $ 2,926.00 |

35. Total projected cash receipts for the next month:                                   $ 31,157.00

36. Total projected cash disbursements for the next month:                            − $ 35,082.00

37. Total projected net cash flow for the next month:                                  = $ -3,924.00

Debtor Name  Erin Burke

Case number  24-14882

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☑  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

**Erin Burke**
**Notes Relating to the Supporting Documentation**
**July 2024**

| Schedule | Notes |
| --- | --- |
| 1. Questionnaire | Attached |
| 2.  Summary of Cash Activity | Attached |
| 3. Unpaid Bills | N/A |
| 4. Money Owed to Debtor | N/A |
| 5. Employees | N/A |
| 6. Professional Fees | N/A |
| 7. Projections | Attached |
| 8. Additional Info (bank statements) | Attached |

# 1. Questionnaire

**10. Bank Accounts:**

Debtor's Petition Date was June 28, 2024.  Debtor is in the process of closing out the following account:
  3112

Any funds remaining are in the process of being transferred into the DIP account:
  9964

# 2.  Summary of Cash Activity

**Erin Burke**
**Cash Receipts by Account**
**July 2024**

| Acct | Date | Payor | Memo | Internal Transfer | Receipts Revenue | Interest | Other | Total |
|------|------|-------|------|-------------------|---------|----------|-------|-------|
| EWB 9964 DIP | 07/08/2024 | Burke Décor, LLC | Wire Trans-IN | | 1,500.00 | | | 1,500.00 |
| EWB 9964 DIP | 07/16/2024 | Erin E Burke | Transfer from Axos 3112 | 8,914.15 | | | | 8,914.15 |
| EWB 9964 DIP | 07/26/2024 | TRUCK WORLD INC PAYROLL | Salary | | 2,828.73 | | | 2,828.73 |
| EWB 9964 DIP | | | | | | | | - |
| EWB 9964 DIP | | | | | | | | - |
| **EWB 9964 DIP - Total** | | | | **8,914.15** | **4,328.73** | **-** | **-** | **13,242.88** |
| | | | | | | | | |
| Axos 3112 (Pre-Petition) | 07/05/2024 | Shein US Service | Refund | | | | | - |
| Axos 3112 (Pre-Petition) | 07/12/2024 | Truck World Inc | Salary | | 2,828.72 | | | 2,828.72 |
| Axos 3112 (Pre-Petition) | 07/15/2024 | Zara | Refund | | | | | - |
| Axos 3112 (Pre-Petition) | 07/29/2024 | USAA | NSF Return | | | | | - |
| Axos 3112 (Pre-Petition) | 07/31/2024 | Axos Bank | Interest Earned | | | 0.29 | | 0.29 |
| | | | | | | | | - |
| **Axos 3112 (Pre-Petition) Total** | | | | **-** | **2,828.72** | **0.29** | **-** | **2,829.01** |
| | | | | | | | | |
| **Total Cash Receipts** | | | | **8,914.15** | **7,157.45** | **0.29** | **-** | **16,071.89** |
| | | | | | **7,157.74** | | | |

**Erin Burke**
**Disbursements Detail**
**July 2024**

| Date | Payee | Sort | Internal Transfer | Disbursement |
|------|-------|------|------------------|--------------|
| 07/01/2024 | Amazon Digit*RC0PG0BV1 | Entertainment | | 2.99 |
| 07/01/2024 | Prime Video *RC87M8VO1 | Entertainment | | 16.00 |
| 07/01/2024 | APPLE.COM/BILL | Entertainment | | 19.18 |
| 07/02/2024 | APPLE.COM/BILL | Entertainment | | 9.99 |
| 07/02/2024 | APPLE.COM/BILL | Entertainment | | 10.66 |
| 07/02/2024 | APPLE.COM/BILL | Entertainment | | 12.99 |
| 07/02/2024 | APPLE COM | Entertainment | | 23.46 |
| 07/02/2024 | APPLE COM | Entertainment | | 26.65 |
| 07/02/2024 | APPLE.COM/BILL | Entertainment | | 27.72 |
| 07/02/2024 | APPLE.COM/BILL | Entertainment | | 19.19 |
| 07/03/2024 | INSTACART*SUBSCRIP | Groceries | | 9.99 |
| 07/03/2024 | READ WITH ELLO | Education | | 24.99 |
| 07/03/2024 | STEPPING STONES | Education | | 315.00 |
| 07/03/2024 | Prime Video Channels | Entertainment | | 11.99 |
| 07/05/2024 | SHEINUSServices,LLC. | Apparel | | (38.35) |
| 07/05/2024 | SHOPIFY* 248595850 | Business Expense | | 112.09 |
| 07/08/2024 | APPLE.COM/BILL | Entertainment | | 13.87 |
| 07/08/2024 | APPLE.COM/BILL | Entertainment | | 15.99 |
| 07/08/2024 | APPLE.COM/BILL | Entertainment | | 17.05 |
| 07/08/2024 | APPLE.COM/BILL | Entertainment | | 23.44 |
| 07/08/2024 | MYFICO.COM | Business Expense | | 43.50 |
| 07/08/2024 | MAJE FORWARD | Apparel | | 175.20 |
| 07/08/2024 | DOORDASHDASHPASS | Food / Dining | | 9.99 |
| 07/09/2024 | LULULEMONSTUDIO MIRROR | Apparel | | 41.63 |
| 07/09/2024 | USAA.COM | Insurance | | 119.15 |
| 07/11/2024 | Prime Video Channels | Entertainment | | 4.99 |
| 07/15/2024 | Zara.com/USA | Apparel | | (333.66) |
| 07/15/2024 | STAMPS.COM | Business Expense | | 19.99 |
| 07/15/2024 | BACETTI | Food / Dining | | 174.00 |
| 07/16/2024 | Axos Bank | Bank Service Fee | | 35.00 |
| 07/16/2024 | READ WITH ELLO | Education | | 27.38 |
| 07/16/2024 | ERIN ELIZABETH BURKE | Transfer to DIP Act | 8,914.15 | |
| 07/29/2024 | USAA P&C | Insurance | | 349.38 |
| 07/29/2024 | USAA P&C | Insurance | | (349.38) |
| 07/08/2024 | EastWest Bank | Fee - Financial Services | | 10.00 |
| 07/08/2024 | URBAN OUTFITTERS 1 2110 VSTUDIO CI CA | Apparel | | 18.56 |
| 07/09/2024 | GELSON'S MARKETS # 114 HOLLYWOOD CA | Groceries / Household | | 224.84 |
| 07/09/2024 | M FREDRIC CO 12 STUDIO CI CA | Apparel | | 45.99 |
| 07/09/2024 | GLENDALE PERMITS SVC FEEEGOV COM CA | Business Expense | | 58.28 |
| 07/09/2024 | GLENDALE PERMITS SERVICEEGOV COM CA | Business Expense | | 2,331.00 |
| 07/10/2024 | MEN124 MENCHIES UNIVER ENCINO CA | Food / Dining | | 14.72 |
| 07/10/2024 | FLEET FEET ENCINO ENCINO CA | Apparel | | 153.30 |
| 07/11/2024 | HARLAND CLARKE CHK ORDER 240710 | Business Expense | | 37.46 |
| 07/11/2024 | COSTCO BY INST ACAR WWW COSTC CA | Groceries / Household | | 48.75 |
| 07/11/2024 | COSTCO BY INST ACAR WWW COSTC CA | Groceries / Household | | 647.00 |
| 07/12/2024 | WESTMARK SCHOOL WWW WESTM CA | Education | | 125.00 |
| 07/15/2024 | ERIN ELIZABETH BURKE | Personal | | 63.99 |
| 07/15/2024 | THE HOME DEPOT #66 16 LOS ANGEL CA | Home Maintenance | | 46.39 |
| 07/15/2024 | MICKEY HARGITAY PLANTS LOS ANGEL CA | Home Maintenance | | 98.55 |
| 07/15/2024 | TARGET STORE T2479 LOS ANGEL CA | Groceries / Household | | 135.61 |
| 07/15/2024 | MICKEY HARGITAY PLANTS LOS ANGEL CA | Home Maintenance | | 170.82 |
| 07/15/2024 | C&S NURSER LOS ANGEL CA | Home Maintenance | | 377.41 |
| 07/15/2024 | DAISO LA24 LITTLE TOKYO LOS ANGEL CA | Groceries / Household | | 13.41 |
| 07/15/2024 | PARKING NETWORK IN C BEVERLY H CA | Auto / Transportation | | 17.50 |
| 07/15/2024 | SP POTTED 323 66538 CA | Home Maintenance | | 17.52 |
| 07/15/2024 | INSTACART 2323 HTTPSINST CA | Groceries / Household | | 19.93 |
| 07/15/2024 | HOLLYWOOD FARMERS MALos Angel CA | Groceries / Household | | 26.00 |
| 07/15/2024 | KBEAUTY LOS ANGEL CA | Health / Medical | | 43.80 |
| 07/15/2024 | DOORDASH JOANS ON TH | Food / Dining | | 71.74 |
| 07/15/2024 | INSTACART 2323 HTTPSINST CA | Groceries / Household | | 101.00 |
| 07/15/2024 | PETIT TROIS L E VALLSherman O CA | Food / Dining | | 156.28 |
| 07/16/2024 | EastWest Bank | Fee - Financial Services | | 10.00 |

**Erin Burke**
**Disbursements Detail**
**July 2024**

| Date | Payee | Sort | Internal Transfer | Disbursement |
|------|-------|------|-------------------|--------------|
| 07/16/2024 | PARKING METERS I PS CULVER CI CA | Auto / Transportation | | 1.25 |
| 07/17/2024 | GELSON'S MARKETS # 114 HOLLYWOOD CA | Groceries / Household | | 323.14 |
| 07/17/2024 | BURKE DECOR LLC 888 33881 OH | Misc. | | 12.00 |
| 07/18/2024 | Prime Video Channe ls amzn com WA | Entertainment | | 8.99 |
| 07/19/2024 | SHIPPO COM HTTPSGOSH CA | Business Expense | | 102.11 |
| 07/19/2024 | SHIPPO COM HTTPSGOSH CA | Business Expense | | 114.67 |
| 07/19/2024 | SHIPPO COM HTTPSGOSH CA | Business Expense | | 125.27 |
| 07/19/2024 | AMAZON MKTPL RS2PT 3HX1 Amzn com WA | Personal | | 154.15 |
| 07/19/2024 | HOUSTON S 626 577 6001 PASADENA CA | Food / Dining | | 170.61 |
| 07/22/2024 | BRISTOL FARMS 09 LOS ANGEL CA | Groceries / Household | | 41.50 |
| 07/22/2024 | CVS/PHARMACY #0918 7 SOLANA BE CA | Health / Medical | | 61.72 |
| 07/22/2024 | T J MAXX #1326 LOS ANGEL CA | Apparel | | 73.32 |
| 07/22/2024 | SAKS OFF 5TH 816 LOS ANGEL CA | Apparel | | 80.98 |
| 07/22/2024 | STARS & STRIPES MART SAN DIEGO CA | Groceries / Household | | 84.34 |
| 07/22/2024 | J.CREW FACTORY #10 53 LOS ANGEL CA | Apparel | | 113.61 |
| 07/22/2024 | GELSON'S MARKET #2 7 DEL MAR CA | Groceries / Household | | 167.36 |
| 07/22/2024 | SWEETPEA CHILDREN' DEL MAR CA | Apparel | | 169.22 |
| 07/22/2024 | IN N OUT LAGUNA NI GUEL SAN JUAN CA | Food / Dining | | 17.89 |
| 07/22/2024 | JAG Gym 310 28798 CA | Health / Medical | | 55.13 |
| 07/22/2024 | WWW BOARD CA | Food / Dining | | 68.57 |
| 07/22/2024 | SHIPPO COM HTTPSGOSH CA | Business Expense | | 100.11 |
| 07/22/2024 | SHIPPO COM HTTPSGOSH CA | Business Expense | | 120.87 |
| 07/22/2024 | SHIPPO COM HTTPSGOSH CA | Business Expense | | 131.05 |
| 07/22/2024 | BIANCA CULVER CI CA | Food / Dining | | 258.21 |
| 07/23/2024 | ERIN ELIZABETH BURKE | Personal | | 203.00 |
| 07/23/2024 | C&S NURSER LOS ANGEL CA | Home Maintenance | | 405.15 |
| 07/23/2024 | STARBUCKS STORE 24 502 DEL MAR CA | Food / Dining | | 9.00 |
| 07/23/2024 | Netflix com 408 54037 CA | Entertainment | | 24.54 |
| 07/23/2024 | THE HAIR SHOP LA Los Angel Ca | Personal | | 33.39 |
| 07/23/2024 | FLOWER CHILD DEL M AR DEL MAR CA | Food / Dining | | 97.48 |
| 07/23/2024 | SHIPPO COM HTTPSGOSH CA | Business Expense | | 105.73 |
| 07/23/2024 | SHIPPO COM HTTPSGOSH CA | Business Expense | | 118.44 |
| 07/23/2024 | HOMEPAY FEES 240723 | Fee - Financial Services | | 225.00 |
| 07/23/2024 | HOMEPAY TAX 240723 | Household Payroll - Taxes | | 277.16 |
| 07/24/2024 | UNITED 016240 701406UNITED CO TX | Travel | | 5.60 |
| 07/24/2024 | UNITED 016240 701406UNITED CO TX | Travel | | 5.60 |
| 07/24/2024 | STICKER PLANET 132 39396 CA | Personal | | 7.70 |
| 07/24/2024 | Amazon Prime | Entertainment | | 16.41 |
| 07/24/2024 | WWP WESTERN EXTERMINATOR | Home Maintenance | | 60.00 |
| 07/24/2024 | SHIPPO COM HTTPSGOSH CA | Business Expense | | 107.43 |
| 07/24/2024 | HOMEPAY PAYROLL 240724 | Household Payroll - Wages | | 549.58 |
| 07/25/2024 | LAZ PARKING M17500 FLASHLOS ANGEL CA | Auto / Transportation | | 27.00 |
| 07/25/2024 | FARMERS MARKET PARKING LOS ANGEL CA | Groceries / Household | | 34.50 |
| 07/25/2024 | MONSIEUR MARCEL BISLos Angel CA | Groceries / Household | | 82.57 |
| 07/26/2024 | CRAIG BEACH SPARKLE LAKE MILT OH | Groceries / Household | | 117.26 |
| 07/26/2024 | FAST FINANCIAL AID ISMFAST C DE | Loan Repayment | | 53.00 |
| 07/26/2024 | GELSONS VIA IN STAC WWW GELSO CA | Groceries / Household | | 98.51 |
| 07/26/2024 | HOMEPAY FEES 240726 | Fee - Financial Services | | 50.00 |
| 07/29/2024 | FAMILY DOLLAR LAKE MILT OH | Groceries / Household | | 66.70 |
| 07/29/2024 | CVS/PHARMACY #0254 3 CANFIELD OH | Health / Medical | | 71.60 |
| 07/29/2024 | CRAIG BEACH SPARKLE LAKE MILT OH | Groceries / Household | | 92.48 |
| 07/29/2024 | UBER *TRIP SAN FRANC CA | Auto / Transportation | | 127.55 |
| 07/29/2024 | UNITED CLUB LAX 71 A LOS ANGEL CA | Travel | | 17.14 |
| 07/29/2024 | Mizu Sushi Restaur ant Youngstow OH | Food / Dining | | 119.51 |
| 07/29/2024 | JAG Gym 310 28798 CA | Health / Medical | | 668.00 |
| 07/30/2024 | Amazon Digit RV5D0 29M2 | Entertainment | | 2.99 |
| 07/31/2024 | PANERA BREAD 2034 03 P CANFIELD OH | Food / Dining | | 20.34 |
| 07/31/2024 | Jimmy s Italian Fo od SpeYoungstow OH | Food / Dining | | 73.31 |
| 07/31/2024 | HOMEPAY PAYROLL 240731 | Household Payroll - Wages | | 549.58 |

13,156.23

**Erin Burke**
**Summary of Cash Flows**

|  | **July 2024** |
|---|---|
| Axos 3112 (Pre-Petition) | $   2,829.01 |
| Chase 2301 (Pre-Petition) | - |
| EWB 9964 DIP | 4,328.73 |
| Total Receipts | 7,157.74 |
| Auto / Transportation | 173.30 |
| Business Expense | 1,250.72 |
| Clothing | 499.80 |
| Dues & Subscriptions | 9.99 |
| Education | 492.37 |
| Entertainment | 309.09 |
| Fee - Financial Services | 330.00 |
| Food/ Dining | 1,261.65 |
| Gov't Fee,Permit,Tax,etc… | 2,389.28 |
| Groceries / Household | 2,324.90 |
| Health / Medical | 900.25 |
| Household Wages & Taxes | 1,376.32 |
| Insurance | 119.15 |
| Loan Repayment | 53.00 |
| Maintenance/ Repair | 1,175.84 |
| Misc. | - |
| Personal | 462.23 |
| Travel | 28.34 |
| Utilities |  |
| Total Disbursements | 13,156.23 |
| Net Income | $   (5,998.49) |

# 7. Projections/ Actuals

**Erin Burke**
**Monthly Budget**

| | Jul-24 | Actual | Variance | Aug-24 | Sep-24 |
|---|---|---|---|---|---|
| Wages- BD | 5,000 | | | 15,000 | 25,000 |
| Wages- TW | 5,657 | | | 5,657 | 5,657 |
| Partner's Income | 500 | | | 500 | 500 |
| Other | 15,000 | | | 10,000 | 40,000 |
| Total Income | 26,157 | 7,158 | (19,000) | 31,157 | 71,157 |
| Home Mortgage | 22,332 | | | 22,332 | 22,332 |
| Utilities | 1,250 | | | 1,250 | 1,250 |
| Education, Child | | | | | 30,000 |
| Child Activities | 1,000 | | | 1,000 | 1,000 |
| Food- Groceries & Dining | 4,000 | | | 4,000 | 4,000 |
| Housekeeping/ Pool/ Gardening | 1,500 | | | 1,500 | 1,500 |
| Travel & Entertainment | 1,500 | | | 1,500 | 1,500 |
| Household Supplies | 1,500 | | | 1,500 | 1,500 |
| Maintenance/ Repairs | 1,000 | | | 1,000 | 1,000 |
| Auto | 750 | | | 750 | 750 |
| Subscriptions | 250 | | | 250 | 250 |
| Other- BD-paid (insur, auto) | | | | | |
| Total Expenses | 35,082 | 13,156 | (21,925) | 35,082 | 65,082 |
| Net Disposable Income | $ (8,924) | $ (5,998) | $ 2,926 | $ (3,924) | $ 6,076 |

# 8. Bank Statements

# EAST WEST BANK

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**

Page 1 of 5
STARTING DATE: July 01, 2024
ENDING DATE: July 31, 2024
Total days in statement period: 31

9964
( 0 )

ERIN ELIZABETH BURKE
CHAPTER 11 DEBTOR IN POSSESSION
CASE #24-14882
6411 IVARENE AVE
LOS ANGELES CA  90068-2823

Protecting the security of your account and personal information is our top priority. Learn about our online security best practices and tips on how to protect yourself from cybercrime by visiting eastwestbank.com/privacy-and-security.

## East West Value Checking

| | | | | |
|---|---|---|---|---|
| Account number | 9964 | Beginning balance | | $6,302.42 |
| Low balance | $2,727.57 | Total additions | ( 3 ) | 13,242.88 |
| Average balance | $7,366.04 | Total subtractions | ( 87 ) | 12,164.17 |
| | | Ending balance | | $7,381.13 |

## CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 07-08 | Wire Trans-IN | BURKE DECOR, LLC | 1,500.00 |
| | 07-16 | Wire Trans-IN | ERIN E BURKE | 8,914.15 |
| | 07-26 | Pre-Auth Credit | TRUCK WORLD INC PAYROLL 240726 | 2,828.73 |

## DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 07-08 | Service Charge | WIRE TRANS-IN | 10.00 |
| 07-08 | POS Purchase | POS PURCHASE TERMINAL 99999999 URBAN OUTFITTERS 1 2110 VSTUDIO CI CA XXXXXXXXXXXX1665 SEQ # 419100618638 | 18.56 |
| 07-09 | POS Purchase | POS PURCHASE TERMINAL 20660201 GELSON`S MARKETS # 114 HOLLYWOOD CA XXXXXXXXXXXX1665 SEQ # 419119926269 | 224.84 |
| 07-09 | POS Purchase | MERCHANT PURCHASE TERMINAL 480197 M FREDRIC CO 12 STUDIO CI CA XXXXXXXXXXXX1665 SEQ # 419124023632 | 45.99 |
| 07-09 | POS Purchase | MERCHANT PURCHASE TERMINAL 443106 GLENDALE PERMITS S VC FEEEGOV COM CA XXXXXXXXXXXX1665 SEQ # 419123015116 | 58.28 |
| 07-09 | POS Purchase | MERCHANT PURCHASE TERMINAL 443106 GLENDALE PERMITS S ERVICEEGOV COM CA XXXXXXXXXXXX1665 SEQ # 419126015105 | 2,331.00 |
| 07-10 | POS Purchase | MERCHANT PURCHASE TERMINAL 400097 MEN124 MENCHIES UN IVER ENCINO CA XXXXXXXXXXXX1665 SEQ # 419123942300 | 14.72 |
| 07-10 | POS Purchase | MERCHANT PURCHASE TERMINAL 444500 FSP FLEET FEET ENC INO ENCINO CA XXXXXXXXXXXX1665 SEQ # 419123500449 | 153.30 |
| 07-10 | Preauth Debit | HARLAND CLARKE CHK ORDER 240710 | 37.46 |
| 07-11 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 IC COSTCO BY INST ACAR WWW COSTC CA XXXXXXXXXXXX1665 SEQ # 419325000007 | 48.75 |
| 07-11 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 IC COSTCO BY INST ACAR WWW COSTC CA XXXXXXXXXXXX1665 SEQ # 419326000007 | 647.00 |

3409     rev 05-16

# EAST WEST BANK
Your Financial Bridge

9300 Flair Dr., 1St FL
El Monte, CA. 91731

ERIN ELIZABETH BURKE

ACCOUNT STATEMENT
Page  2  of  5
STARTING DATE: July 01, 2024
ENDING DATE: July 31, 2024
█████████9964

| Date | Transaction Description | | Subtractions |
|------|-------------------------|--|-------------:|
| 07-12 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 WESTMARK SCHOOL WWW WESTM CA XXXXXXXXXXXX1665 SEQ # 419327000056 | 125.00 |
| 07-15 | ATM Withdrawal | CASH WITHDRAWAL TERMINAL P672684 1600 IVAR AVE LOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 419600003604 | 63.99 |
| 07-15 | POS Purchase | POS PURCHASE TERMINAL 06272291 THE HOME DEPOT #66 16 LOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 419617597182 | 46.39 |
| 07-15 | POS Purchase | POS PURCHASE TERMINAL 03183193 MICKEY HARGITAY PL ANTS LOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 419619061362 | 98.55 |
| 07-15 | POS Purchase | POS PURCHASE TERMINAL 32479075 TARGET STORE T2479 LOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 000000075072 | 135.61 |
| 07-15 | POS Purchase | POS PURCHASE TERMINAL 03183193 MICKEY HARGITAY PL ANTS LOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 419618059443 | 170.82 |
| 07-15 | POS Purchase | POS PURCHASE TERMINAL 001 C&S NURSER LOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 000000496565 | 377.41 |
| 07-15 | POS Purchase | MERCHANT PURCHASE TERMINAL 471705 DAISO LA24 LITTLE TOKYO LOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 419625171968 | 13.41 |
| 07-15 | POS Purchase | MERCHANT PURCHASE TERMINAL 449398 PARKING NETWORK IN C BEVERLY H CA XXXXXXXXXXXX1665 SEQ # 419529007877 | 17.50 |
| 07-15 | POS Purchase | MERCHANT PURCHASE TERMINAL 44 9216 SP POTTED 323 66538 CA XXXXXXXXXXXX1665 SEQ # 419620000022 | 17.52 |
| 07-15 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 IC INSTACART 2323 HTTPSINST CA XXXXXXXXXXXX1665 SEQ # 419524000005 | 19.93 |
| 07-15 | POS Purchase | MERCHANT PURCHASE TERMINAL 46 9216 SQ HOLLYWOOD FARM ERS MALos Angel CA XXXXXXXXXXXX1665 SEQ # 419623101419 | 26.00 |
| 07-15 | POS Purchase | MERCHANT PURCHASE TERMINAL 412247 JS KBEAUTY LOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 419626900017 | 43.80 |
| 07-15 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 DD DOORDASH JOANS ON TH WWW DOORD CA XXXXXXXXXXXX1665 SEQ # 419729000025 | 71.74 |
| 07-15 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 IC INSTACART 2323 HTTPSINST CA XXXXXXXXXXXX1665 SEQ # 419428000080 | 101.00 |
| 07-15 | POS Purchase | MERCHANT PURCHASE TERMINAL 46 9216 TST PETIT TROIS L E VALLSherman O CA XXXXXXXXXXXX1665 SEQ # 419426102463 | 156.28 |
| 07-16 | Service Charge | WIRE TRANS-IN | 10.00 |
| 07-16 | POS Purchase | MERCHANT PURCHASE TERMINAL 423168 PARKING METERS I PS CULVER CI CA XXXXXXXXXXXX1665 SEQ # 419826030229 | 1.25 |
| 07-17 | POS Purchase | POS PURCHASE TERMINAL 20660201 GELSON`S MARKETS # 114 HOLLYWOOD CA XXXXXXXXXXXX1665 SEQ # 419919693466 | 323.14 |
| 07-17 | POS Purchase | MERCHANT PURCHASE TERMINAL 400945 BURKE DECOR LLC 888 33881 OH XXXXXXXXXXXX1665 SEQ # 419821900010 | 12.00 |
| 07-18 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 Prime Video Channe ls amzn com WA XXXXXXXXXXXX1665 SEQ # 420027104328 | 8.99 |
| 07-19 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA XXXXXXXXXXXX1665 SEQ # 420023000019 | 102.11 |
| 07-19 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA XXXXXXXXXXXX1665 SEQ # 420026000018 | 114.67 |
| 07-19 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA XXXXXXXXXXXX1665 SEQ # 420023000016 | 125.27 |
| 07-19 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL RS2PT 3HX1 Amzn com WA XXXXXXXXXXXX1665 SEQ # 420021104564 | 154.15 |

# EAST WEST BANK
Your financial bridge

9300 Flair Dr., 1St FL
El Monte, CA. 91731

ERIN ELIZABETH BURKE

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 07-19 | POS Purchase | MERCHANT PURCHASE TERMINAL 494300 HOUSTON S 626 577 6001 PASADENA CA | |
| | | XXXXXXXXXXXX1665 SEQ # 420127021022 | 170.61 |
| 07-22 | POS Purchase | POS PURCHASE TERMINAL 82359601 BRISTOL FARMS 09 LOS ANGEL CA | |
| | | XXXXXXXXXXXX1665 SEQ # 420421517941 | 41.50 |
| 07-22 | POS Purchase | POS PURCHASE TERMINAL 30918718 CVS/PHARMACY #0918 7 SOLANA BE CA | |
| | | XXXXXXXXXXXX1665 SEQ # 420200186654 | 61.72 |
| 07-22 | POS Purchase | POS PURCHASE TERMINAL 21634002 T J MAXX #1326 LOS ANGEL CA | |
| | | XXXXXXXXXXXX1665 SEQ # 000000563747 | 73.32 |
| 07-22 | POS Purchase | POS PURCHASE TERMINAL 004 SAKS OFF 5TH 816 LOS ANGEL CA | |
| | | XXXXXXXXXXXX1665 SEQ # 420421706177 | 80.98 |
| 07-22 | POS Purchase | POS PURCHASE TERMINAL 03024255 STARS & STRIPES MA RT SAN DIEGO CA | |
| | | XXXXXXXXXXXX1665 SEQ # 000064963383 | 84.34 |
| 07-22 | POS Purchase | POS PURCHASE TERMINAL 35266002 J.CREW FACTORY #10 53 LOS ANGEL CA | |
| | | XXXXXXXXXXXX1665 SEQ # 420420621192 | 113.61 |
| 07-22 | POS Purchase | POS PURCHASE TERMINAL 09881701 GELSON'S MARKET #2 7 DEL MAR CA | |
| | | XXXXXXXXXXXX1665 SEQ # 420213906727 | 167.36 |
| 07-22 | POS Purchase | POS PURCHASE TERMINAL 77827301 SQ *SWEETPEA CHILD REN' DEL MAR CA | |
| | | XXXXXXXXXXXX1665 SEQ # 420320058014 | 169.22 |
| 07-22 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 IN N OUT LAGUNA NI GUEL SAN JUAN CA | |
| | | XXXXXXXXXXXX1665 SEQ # 420229106791 | 17.89 |
| 07-22 | POS Purchase | MERCHANT PURCHASE TERMINAL 490641 ICP JAG Gym 310 28798 CA | |
| | | XXXXXXXXXXXX1665 SEQ # 420127204896 | 55.13 |
| 07-22 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 WWW BOARDA BOARD BR WWW BOARD CA | |
| | | XXXXXXXXXXXX1665 SEQ # 420221000076 | 68.57 |
| 07-22 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA | |
| | | XXXXXXXXXXXX1665 SEQ # 420122000014 | 100.11 |
| 07-22 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA | |
| | | XXXXXXXXXXXX1665 SEQ # 420125000017 | 120.87 |
| 07-22 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA | |
| | | XXXXXXXXXXXX1665 SEQ # 420127000018 | 131.05 |
| 07-22 | POS Purchase | MERCHANT PURCHASE TERMINAL 434285 BIANCA CULVER CI CA XXXXXXXXXXXX1665 | |
| | | SEQ # 420125017033 | 258.21 |
| 07-23 | ATM Withdrawal | CASH WITHDRAWAL TERMINAL P338449 6333 W. 3RD STREET LOS ANGEL CA | |
| | | XXXXXXXXXXXX1665 SEQ # 420500008234 | 203.00 |
| 07-23 | POS Purchase | POS PURCHASE TERMINAL 001 C&S NURSER LOS ANGEL CA XXXXXXXXXXXX1665 SEQ | |
| | | # 000000215998 | 405.15 |
| 07-23 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 STARBUCKS STORE 24 502 DEL MAR CA | |
| | | XXXXXXXXXXXX1665 SEQ # 420424108534 | 9.00 |
| 07-23 | POS Purchase | MERCHANT PURCHASE TERMINAL 420429 Netflix com 408 54037 CA | |
| | | XXXXXXXXXXXX1665 SEQ # 420523001303 | 24.54 |
| 07-23 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 SQ THE HAIR SHOP LA Los Angel CA | |
| | | XXXXXXXXXXXX1665 SEQ # 420426108705 | 33.39 |
| 07-23 | POS Purchase | MERCHANT PURCHASE TERMINAL 494300 FLOWER CHILD DEL M AR DEL MAR CA | |
| | | XXXXXXXXXXXX1665 SEQ # 420421022996 | 97.48 |
| 07-23 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA | |
| | | XXXXXXXXXXXX1665 SEQ # 420425000014 | 105.73 |
| 07-23 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA | |
| | | XXXXXXXXXXXX1665 SEQ # 420426000009 | 118.44 |
| 07-23 | Preauth Debit | HOMEPAY FEES 240723 | 225.00 |

# EAST WEST BANK
Your financial bridge

9300 Flair Dr., 1St FL
El Monte, CA. 91731

ACCOUNT STATEMENT

▉▉▉▉9964

ERIN ELIZABETH BURKE

| Date | Transaction Description | | Subtractions |
|------|------------------------|---|-------------|
| 07-23 | Preauth Debit | HOMEPAY TAX 240723 | 277.16 |
| 07-24 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 UNITED 016240 701406UNITED CO TX XXXXXXXXXXX1665 SEQ # 420524109309 | 5.60 |
| 07-24 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 UNITED 016240 701406UNITED CO TX XXXXXXXXXXX1665 SEQ # 420526109309 | 5.60 |
| 07-24 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 STICKER PLANET 132 39396 CA XXXXXXXXXXX1665 SEQ # 420622000023 | 7.70 |
| 07-24 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 Amazon Prime RJ2EJ 4DX2 Amzn com WA XXXXXXXXXXX1665 SEQ # 420523109615 | 16.41 |
| 07-24 | POS Purchase | MERCHANT PURCHASE TERMINAL 444500 WWP WESTERN EXTERM INATOR800 839 2 PA XXXXXXXXXXX1665 SEQ # 420529300556 | 60.00 |
| 07-24 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA XXXXXXXXXXX1665 SEQ # 420524000011 | 107.43 |
| 07-24 | Preauth Debit | HOMEPAY PAYROLL 240724 | 549.58 |
| 07-25 | POS Purchase | MERCHANT PURCHASE TERMINAL 405522 LAZ PARKING M17500 FLASHLOS ANGEL CA XXXXXXXXXXX1665 SEQ # 420721038807 | 27.00 |
| 07-25 | POS Purchase | MERCHANT PURCHASE TERMINAL 478930 FARMERS MARKET PAR KING LOS ANGEL CA XXXXXXXXXXX1665 SEQ # 420623031000 | 34.50 |
| 07-25 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 TST MONSIEUR MARC EL BISLos Angel CA XXXXXXXXXXX1665 SEQ # 420629100150 | 82.57 |
| 07-26 | POS Purchase | POS PURCHASE TERMINAL 43461101 CRAIG BEACH SPARKL E LAKE MILT OH XXXXXXXXXXX1665 SEQ # 420817352845 | 117.26 |
| 07-26 | POS Purchase | MERCHANT PURCHASE TERMINAL 4492 16 FAST FINANCIAL AID ISMFAST C DE XXXXXXXXXXX1665 SEQ # 420820000008 | 53.00 |
| 07-26 | POS Purchase | MERCHANT PURCHASE TERMINAL 4492 16 IC GELSONS VIA IN STAC WWW GELSO CA XXXXXXXXXXX1665 SEQ # 420728000040 | 98.51 |
| 07-26 | Preauth Debit | HOMEPAY FEES 240726 | 50.00 |
| 07-29 | POS Purchase | POS PURCHASE TERMINAL 17205001 FAMILY DOLLAR LAKE MILT OH XXXXXXXXXXX1665 SEQ # 000000041451 | 66.70 |
| 07-29 | POS Purchase | POS PURCHASE TERMINAL 30254317 CVS/PHARMACY #0254 3 CANFIELD OH XXXXXXXXXXX1665 SEQ # 420900176227 | 71.60 |
| 07-29 | POS Purchase | POS PURCHASE TERMINAL 43461101 CRAIG BEACH SPARKL E LAKE MILT OH XXXXXXXXXXX1665 SEQ # 421016900816 | 92.48 |
| 07-29 | POS Purchase | POS PURCHASE TERMINAL 74863887 UBER *TRIP SAN FRANC CA XXXXXXXXXXXX1665 SEQ # 072810840156 | 127.55 |
| 07-29 | POS Purchase | MERCHANT PURCHASE TERMINAL 494300 UNITED CLUB LAX 7 1 A LOS ANGEL CA XXXXXXXXXXX1665 SEQ # 420822025274 | 17.14 |
| 07-29 | POS Purchase | MERCHANT PURCHASE TERMINAL 442629 Mizu Sushi Restaur ant Youngstow OH XXXXXXXXXXX1665 SEQ # 421025030101 | 119.51 |
| 07-29 | POS Purchase | MERCHANT PURCHASE TERMINAL 490641 ICP JAG Gym 310 28798 CA XXXXXXXXXXX1665 SEQ # 420826205381 | 668.00 |
| 07-30 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 Amazon Digit RV5D0 29M2 amzn com WA XXXXXXXXXXX1665 SEQ # 421120104831 | 2.99 |
| 07-31 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 PANERA BREAD 2034 03 P CANFIELD OH XXXXXXXXXXX1665 SEQ # 421325105723 | 20.34 |
| 07-31 | POS Purchase | MERCHANT PURCHASE TERMINAL 474455 Jimmy s Italian Fo od SpeYoungstow OH XXXXXXXXXXX1665 SEQ # 421320240000 | 73.31 |
| 07-31 | Preauth Debit | HOMEPAY PAYROLL 240731 | 549.58 |

**EAST WEST BANK** Your financial bridge

9300 Flair Dr., 1St FL
El Monte, CA. 91731

ERIN ELIZABETH BURKE

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 06-30 | 6,302.42 | 07-16 | 11,630.47 | 07-25 | 6,680.37 |
| 07-08 | 7,773.86 | 07-17 | 11,295.33 | 07-26 | 9,190.33 |
| 07-09 | 5,113.75 | 07-18 | 11,286.34 | 07-29 | 8,027.35 |
| 07-10 | 4,908.27 | 07-19 | 10,619.53 | 07-30 | 8,024.36 |
| 07-11 | 4,212.52 | 07-22 | 9,075.65 | 07-31 | 7,381.13 |
| 07-12 | 4,087.52 | 07-23 | 7,576.76 | | |
| 07-15 | 2,727.57 | 07-24 | 6,824.44 | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|------|--------|--------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## STATEMENT BALANCING
**Fill in the amounts below from the front of this statement and your checkbook.**

**ENTER**
Ending Balance of
this Statement…………………........... $_____

**Add** Deposits not shown
on this Statement $_____
_____
**Sub Total**………. $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks………………………… $_____

**Balance**…….….....................** $_____

**ENTER**
Present Balance in
your checkbook………………… $_____

**Subtract** any service
charges, finance or
any other charges………………… $_____

**Sub Total** ………… $_____

**Add** Monthly Interest
Earned …………………………….. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………….. $_____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………….. $_____
_____
_____
_____

**Balance**……..................................... $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1.  Tell us your name and account number.
2.  Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV  11/07)



P.O. Box 911039
San Diego, CA 92191
888-502-2967

| Statement Period | Account # |
|---|---|
| 07/01/2024 thru 07/31/2024 | 3112 |

| Days In Statement Period |
|---|
| 31 |

ERIN E BURKE
6813 COMMERCE DR
HUBBARD OH 44425

# Hot off the App Store

Say hi to the new Axos app! Download today – **App Store** or **Google Play**.

 5x faster     Sleek design     Helpful tools

**Scan the QR code**





## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Eureka Checking | $7,077.49 | $3,550.40 | $10,627.60 | $0.29 |
| DEPOSIT TOTALS | $7,077.49 | $3,550.40 | $10,627.60 | $0.29 |

## Eureka Checking · 3112

| | Beginning Balance | $7,077.49 |
|---|---|---|

| Date | Description | Credits | Debits |
|---|---|---|---|
| 07/01 | DBT CRD 1827 06/29/24 44602632<br>Amazon Digit*RC0PG0BV1<br>amzn.com/bill WA C#6664 | | $2.99 |
| 07/01 | DBT CRD 2240 06/29/24 32190056<br>Prime Video *RC87M8VO1<br>888-802-3080 WA C#6664 | | $16.00 |
| 07/01 | DBT CRD 2208 06/30/24 13155931<br>APPLE.COM/BILL<br>866-712-7753 CA C#6664 | | $19.18 |



P.O. Box 911039
San Diego, CA 92191
888-502-2967

| | Statement Period | Account # |
|---|---|---|
| | 07/01/2024 thru 07/31/2024 | 3112 |
| | Days In Statement Period | |
| | 31 | |

### Eureka Checking - 3112

| Date | Description | Credits | Debits |
|---|---|---|---|
| 07/02 | DBT CRD 1118 07/01/24 87136191<br>APPLE.COM/BILL<br>866-712-7753 CA C#6664 | | $9.99 |
| 07/02 | DBT CRD 1121 07/01/24 88618786<br>APPLE.COM/BILL<br>866-712-7753 CA C#6664 | | $10.66 |
| 07/02 | DBT CRD 1121 07/01/24 88759342<br>APPLE.COM/BILL<br>866-712-7753 CA C#6664 | | $12.99 |
| 07/02 | POS DEB 1000 07/02/24 00630141<br>APPLE COM<br>ONE APPLE PARK WAY<br>CUPERTINO    CA C#6664 | | $23.46 |
| 07/02 | DBT CRD 1124 07/01/24 90781384<br>APPLE.COM/BILL<br>866-712-7753 CA C#6664 | | $26.65 |
| 07/02 | DBT CRD 1117 07/01/24 86594455<br>APPLE.COM/BILL<br>866-712-7753 CA C#6664 | | $27.72 |
| 07/02 | DBT CRD 1015 07/01/24 49095873<br>APPLE.COM/BILL<br>866-712-7753 CA C#6664 | | $19.19 |
| 07/03 | DBT CRD 2101 07/03/24 73100214<br>IC* INSTACART*SUBSCRIP<br>HTTPSINSTACAR CA C#6664 | | $9.99 |
| 07/03 | DBT CRD 0825 07/02/24 83390807<br>READ WITH ELLO<br>HTTPSWWW.ELLO CA C#6664 | | $24.99 |
| 07/03 | DBT CRD 1233 07/02/24 32056426<br>STEPPING STONES<br>WWW.STEPPINGS CA C#6664 | | $315.00 |
| 07/03 | DBT CRD 2022 07/02/24 49690045<br>Prime Video Channels<br>amzn.com/bill WA C#6664 | | $11.99 |
| 07/05 | POS CRE 0000 07/03/24 28451461<br>SHEINUSSServices,LLC.<br>Kent        DE C#6664 | $38.35 | |
| 07/05 | DBT CRD 0434 07/04/24 44910966<br>SHOPIFY* 248595850<br>HTTPSSHOPIFY. IL C#6664 | | $112.09 |
| 07/08 | DBT CRD 0029 07/06/24 97792321<br>APPLE.COM/BILL<br>866-712-7753 CA C#6664 | | $13.87 |





| | | Statement Period | Account # |
|---|---|---|---|
| | | 07/01/2024 thru 07/31/2024 | ███████3112 |
| | | **Days In Statement Period** | |
| | | 31 | |

P.O. Box 911039
San Diego, CA 92191
888-502-2967

## Eureka Checking - ██████3112

| Date | Description | Credits | Debits |
|---|---|---|---|
| 07/08 | DBT CRD 0440 07/06/24 48508804<br>APPLE.COM/BILL<br>866-712-7753 CA C#6664 | | $15.99 |
| 07/08 | DBT CRD 1046 07/07/24 67953875<br>APPLE.COM/BILL<br>866-712-7753 CA C#6664 | | $17.05 |
| 07/08 | DBT CRD 2208 07/05/24 13018773<br>APPLE.COM/BILL<br>866-712-7753 CA C#6664 | | $23.44 |
| 07/08 | DBT CRD 1011 07/07/24 46764637<br>MYFICO.COM<br>WWW.MYFICO.CO MT C#6664 | | $43.50 |
| 07/08 | DBT CRD 1342 07/07/24 73775395<br>MAJE FORWARD<br>HTTPSUS.MAJEF NY C#6664 | | $175.20 |
| 07/08 | DBT CRD 2104 07/07/24 74437626<br>DD *DOORDASHDASHPASS<br>WWW.DOORDASH. CA C#6664 | | $9.99 |
| 07/09 | DBT CRD 0844 07/08/24 94402154<br>LULULEMONSTUDIO MIRROR<br>LULULEMONSTUD NY C#6664 | | $41.63 |
| 07/09 | LIFE    USAA.COM PAY EXT<br>WEB 021000027494737<br>Erin E. Burke<br>J739946111 | | $119.15 |
| 07/11 | DBT CRD 1032 07/10/24 59756007<br>Prime Video Channels<br>amzn.com/bill WA C#6664 | | $4.99 |
| 07/12 | PAYROLL  TRUCK WORLD INC<br>PPD 091000010032380<br>BURKE, ERIN | $2,828.72 | |
| 07/15 | POS CRE 0000 07/12/24 30630280<br>Zara.com/USA<br>855-6359272  NY C#6664 | $333.66 | |
| 07/15 | DBT CRD 2303 07/12/24 46181857<br>STAMPS.COM<br>855-608-2677 TX C#6664 | | $19.99 |
| 07/15 | DBT CRD 2227 07/11/24 24260264<br>TST* BACETTI<br>Los Angeles  CA C#6664 | | $174.00 |
| 07/16 | Wire Transfer Fee | | $35.00 |



P.O. Box 911039
San Diego, CA 92191
888-502-2967

| | Statement Period | Account # |
|---|---|---|
| | 07/01/2024 thru 07/31/2024 | 3112 |

| Days In Statement Period |
|---|
| 31 |

## Eureka Checking - 3112

| Date | Description | Credits | Debits |
|---|---|---|---|
| 07/16 | DBT CRD 0402 07/15/24 25554676 READ WITH ELLO HTTPSWWW.ELLO CA C#6664 | | $27.38 |
| 07/16 | Domestic Wire Transfer-DL ERIN ELIZABETH BURKE 322070381 5500019964 6411 IVARENE AVENUE Los Angeles CA 90068 EAST WEST BANK PLEASE WIRE TO THE ATTACHED AC T.  ERIN ELIZABETH BURKE  RO G: 322070381  ACCT: 5500019964 20240716MMQFMP9N000518 20240716L2B77Q1C002277 07161357FT03 | | $8,914.15 |
| 07/29 | Returned NSF Item Credit | $349.38 | |
| 07/29 | AUTOPAY  USAA P&C PPD 021000029218368 Erin E. Burke | | $349.38 |
| 07/31 | Interest Paid | $0.29 | |
| | Ending Balance | | $0.29 |

## Interest Earned

| | | | |
|---|---|---|---|
| Interest Earned this Month | $0.29 | 2024 Interest Paid | $7.00 |
| Annual Percentage Yield Earned | 0.10% | Average Daily Ledger | $3,424.37 |
| Average Daily Collected | $3,424.37 | | |

## Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

