**Fill in this information to identify the case:**

Debtor Name __Erin Burke__

United States Bankruptcy Court for the: __Central District of California__

Case number: __24-14882__

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: __October__

Line of business: __individual__

Date report filed: __11/15/2024__
MM / DD / YYYY

NAISC code: ****************

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: ___Erin Burke___

Original signature of responsible party ___[signature]___

Printed name of responsible party ___Erin Burke___

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*. | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*. | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☑ |

Debtor Name  Erin Burke

Case number  24-14882

17. Have you paid any bills you owed before you filed bankruptcy?    ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $  11,382.09

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $  31,121.56

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $  23,426.91

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    + $  7,694.65

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.    = $  19,076.74

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $  0.00

    *(Exhibit E)*

Debtor Name  Erin Burke                                   Case number  24-14882

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                        $ _____ 0.00

       *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?              _____ 0

27.  What is the number of employees as of the date of this monthly report?      _____ 0

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?         $ _____ 0.00

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 0.00

30.  How much have you paid this month in other professional fees?                     $ _____ 0.00

31.  How much have you paid in total other professional fees since filing the case?          $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $ 41,157.00 | − | $ 31,122.00 | = | $ 10,036.00 |
| 33.  **Cash disbursements** | $ 35,082.00 | − | $ 23,427.00 | = | $ 11,655.00 |
| 34.  **Net cash flow** | $ 6,076.00 | − | $ 7,695.00 | = | $ -1,619.00 |

35.  Total projected cash receipts for the next month:                         $ 41,157.00

36.  Total projected cash disbursements for the next month:                  - $ 35,082.00

37.  Total projected net cash flow for the next month:                       = $ 6,076.00

Debtor Name  Erin Burke                                        Case number 24-14882

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☐ 39. Bank reconciliation reports for each account.

- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☑ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.

**Erin Burke**
**Notes Relating to the Supporting Documentation**
**October 2024**

| Schedule | Notes |
|---|---|
| 1. Questionnaire | N/A |
| 2. Summary of Cash Activity | Attached |
| 3. Unpaid Bills | N/A |
| 4. Money Owed to Debtor | N/A |
| 5. Employees | N/A |
| 6. Professional Fees | N/A |
| 7. Projections | Attached |
| 8. Additional Info (bank statements) | Attached |

# 1. Questionnaire

n/a

# 2. Summary of Cash Activity

**Erin Burke**
**Cash Receipts by Account**
**October 2024**

| Acct | Date | Payor | Memo | Internal Transfer | Receipts Revenue | Receipts Interest | Receipts Other | Total | |
|------|------|-------|------|-------------------|---------|----------|-------|-------|---|
| EWB 9964 DIP | 10/04/2024 | BURKE DECOR, LLC | | | 4,000.00 | | | 4,000.00 | [1] |
| EWB 9964 DIP | 10/04/2024 | TRUCK WORLD INC PAYROLL | | | 2,828.73 | | | 2,828.73 | |
| EWB 9964 DIP | 10/07/2024 | BURKE DECOR, LLC | | | 2,844.00 | | | 2,844.00 | [1] |
| EWB 9964 DIP | 10/18/2024 | TRUCK WORLD INC PAYROLL | | | 2,828.73 | | | 2,828.73 | |
| EWB 9964 DIP | 10/25/2024 | ERIN E BURKE PLEDG | | | 18,620.10 | | | 18,620.10 | [2] |
| EWB 9964 DIP | | | | | | | | - | |
| EWB 9964 DIP | | | | | | | | - | |
| **EWB 9964 DIP - Total** | | | | - | 31,121.56 | - | - | 31,121.56 | |
| | | | | | | | | | |
| **Axos 3112 (Pre-Petition) Total** | | | | - | - | - | - | - | |
| | | | | | | | | | |
| **Total Cash Receipts** | | | | - | 31,121.56 | - | - | 31,121.56 | |
| | | | | | 31,121.56 | | | | |

[1] Reimbursements to Debtor for out of pocket business expenses.
[2] Debtor's liquidation of stock holdings.

**Erin Burke**
**Disbursements Detail**
**October 2024**

| Date | Transaction Type | Payee | Sort | Subtractions |
|---|---|---|---|---|
| 10/15/2024 | POS Purchase | BEST AUTO PARK LOS ANGEL CA | Auto / Transportation | 10.00 |
| 10/21/2024 | POS Purchase | HONK PARKING 866 675 7 DE | Auto / Transportation | 8.50 |
| 10/21/2024 | POS Purchase | UBER ONE HELP UBER CA | Auto / Transportation | 9.99 |
| 10/24/2024 | POS Purchase | LADOT METER PARKIN G LOS ANGEL CA | Auto / Transportation | 1.00 |
| 10/25/2024 | POS Purchase | WEHO PARKING METER S WEST HOLL CA | Auto / Transportation | 4.00 |
| 10/28/2024 | POS Purchase | THE GETTY PARKING LOS ANGEL CA | Auto / Transportation | 25.00 |
| | | | **Auto / Transportation Total** | **58.49** |
| 10/04/2024 | Service Charge | EastWest Bank | Bank Fee | 10.00 |
| 10/07/2024 | Service Charge | EastWest Bank | Bank Fee | 10.00 |
| 10/25/2024 | Service Charge | EastWest Bank | Bank Fee | 10.00 |
| 10/31/2024 | Service Charge | EastWest Bank | Bank Fee | 2.00 |
| | | | **Bank Fee Total** | **32.00** |
| 10/01/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 100.11 |
| 10/01/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 101.43 |
| 10/01/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 103.48 |
| 10/01/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 107.10 |
| 10/04/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 101.52 |
| 10/04/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 101.71 |
| 10/04/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 104.52 |
| 10/04/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 105.67 |
| 10/04/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 106.03 |
| 10/04/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 109.00 |
| 10/04/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 110.74 |
| 10/07/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 100.52 |
| 10/07/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 102.30 |
| 10/07/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 120.10 |
| 10/07/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 120.32 |
| 10/07/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 124.16 |
| 10/07/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 148.56 |
| 10/07/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 157.16 |
| 10/07/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 169.11 |
| 10/08/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 102.16 |
| 10/08/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 104.53 |
| 10/08/2024 | POS Purchase | PODS 800 776 7 FL XXXXXXXXXXXX1665 | Business Expense | 1,236.53 |
| 10/08/2024 | POS Purchase | PAY HIVIEW 805 76240 CA | Business Expense | 2,844.00 |
| 10/09/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 101.14 |
| 10/09/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 103.88 |
| 10/09/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 106.45 |
| 10/09/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 112.91 |
| 10/09/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 126.76 |
| 10/09/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 134.25 |
| 10/09/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 142.71 |
| 10/10/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 102.92 |
| 10/10/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 103.18 |
| 10/10/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 104.82 |
| 10/10/2024 | POS Purchase | SHIPPO COM HTTPSGOSH CA | Business Expense | 118.44 |
| 10/10/2024 | POS Purchase | PODS 800 776 7 FL XXXXXXXXXXXX1665 | Business Expense | 500.00 |
| 10/11/2024 | Zelle | JESSICA WILSON | Business Expense | 2,082.30 |
| 10/15/2024 | POS Purchase | STAPLES 0243 HOLLYWOOD CA | Business Expense | 27.35 |
| 10/28/2024 | POS Purchase | SHOPIFY 288552131 HTTPSSHOP IL | Business Expense | 112.88 |
| | | | **Business Expense Total** | **10,460.75** [1] |
| 10/11/2024 | Zelle | CARRIE OAKS | Education | 125.00 |
| 10/11/2024 | Zelle | KATE | Education | 182.00 |

| Date | Type | Description | Category | Amount |
|---|---|---|---|---|
| 10/11/2024 | Zelle | ASHELY WESTSIDE | Education | 700.00 |
| 10/11/2024 | Zelle | ASHELY WESTSIDE | Education | 700.00 |
| 10/24/2024 | Zelle | ASHELY WESTSIDE | Education | 700.00 |
| | | | Education Total | 2,407.00 |
| 10/02/2024 | POS Purchase | APPLE COM BILL 866 712 7 CA | Entertainment | 9.99 |
| 10/02/2024 | POS Purchase | APPLE COM BILL 866 712 7 CA | Entertainment | 9.99 |
| 10/02/2024 | POS Purchase | APPLE COM BILL 866 712 7 CA | Entertainment | 12.99 |
| 10/02/2024 | POS Purchase | APPLE COM BILL 866 712 7 CA | Entertainment | 16.98 |
| 10/02/2024 | POS Purchase | APPLE COM BILL 866 712 7 CA | Entertainment | 18.98 |
| 10/02/2024 | POS Purchase | APPLE COM BILL 866 712 7 CA | Entertainment | 34.99 |
| 10/03/2024 | POS Purchase | Prime Video Channe ls amzn com WA | Entertainment | 12.99 |
| 10/03/2024 | POS Purchase | APPLE COM BILL 866 712 7 CA | Entertainment | 18.99 |
| 10/03/2024 | POS Purchase | APPLE COM BILL 866 712 7 CA | Entertainment | 23.98 |
| 10/07/2024 | POS Purchase | APPLE COM BILL 866 712 7 CA | Entertainment | 12.98 |
| 10/07/2024 | POS Purchase | MOCA LA 213 62117 CA | Entertainment | 18.72 |
| 10/09/2024 | POS Purchase | APPLE COM BILL 866 712 7 CA | Entertainment | 17.98 |
| 10/10/2024 | POS Purchase | BLOOMBERG BB 3619 6226 HTTPSWWW NY | Entertainment | 1.99 |
| 10/10/2024 | POS Purchase | APPLE COM BILL 866 712 7 CA | Entertainment | 7.99 |
| 10/11/2024 | POS Purchase | Prime Video Channels amzn com WA | Entertainment | 4.99 |
| 10/15/2024 | POS Purchase | DORCAS LOS ANGEL CA | Entertainment | 49.25 |
| 10/15/2024 | POS Purchase | APPLE COM BILL 866 712 7 CA | Entertainment | 6.99 |
| 10/16/2024 | POS Purchase | Prime Video Z41FB 4XF3 888 802 3 WA | Entertainment | 8.59 |
| 10/18/2024 | POS Purchase | APPLE COM BILL 866 712 7 CA | Entertainment | 6.99 |
| 10/18/2024 | POS Purchase | APPLE COM BILL 866 712 7 CA | Entertainment | 7.99 |
| 10/21/2024 | POS Purchase | Prime Video Channe ls amzn com WA | Entertainment | 8.99 |
| 10/21/2024 | POS Purchase | APPLE COM BILL 866 712 7 CA | Entertainment | 16.99 |
| 10/22/2024 | A2A Pmt Debit | NETFLIX CO LOS GATOS CA | Entertainment | 22.99 |
| 10/23/2024 | POS Purchase | NEW YORK MAGAZINE NYMAG COM DC | Entertainment | 4.00 |
| 10/24/2024 | POS Purchase | Amazon Prime TN951 12Y3 Amzn com WA | Entertainment | 16.41 |
| 10/25/2024 | POS Purchase | APPLE COM BILL 866 712 7 CA | Entertainment | 24.97 |
| 10/28/2024 | POS Purchase | APPLE COM BILL 866 712 7 CA | Entertainment | 3.99 |
| 10/28/2024 | POS Purchase | Patreon Membership Internet CA | Entertainment | 6.45 |
| 10/28/2024 | POS Purchase | GETTY VILLA ESP LOS ANGEL CA | Entertainment | 15.86 |
| 10/30/2024 | POS Purchase | APPLE COM BILL 866 712 7 CA | Entertainment | 13.98 |
| | | | Entertainment Total | 438.97 |
| 10/01/2024 | POS Purchase | SUPERBA FOOD BREAD Los Angel CA | Food / Dining | 107.42 |
| 10/02/2024 | POS Purchase | BURBANK AIRPORT FOOD BURBANK CA | Food / Dining | 23.75 |
| 10/03/2024 | POS Purchase | AQUA PAZZO BOARDMAN OH | Food / Dining | 180.45 |
| 10/04/2024 | POS Purchase | STATION SQUARE RISTO Youngstown OH | Food / Dining | 181.42 |
| 10/07/2024 | POS Purchase | UBER * EATS PEND ING SAN FRANC CA | Food / Dining | 36.67 |
| 10/07/2024 | POS Purchase | DOORDASH SS WWW DOORD CA | Food / Dining | 9.99 |
| 10/07/2024 | POS Purchase | BLUE BOTTLE COFFEE Los Angel CA | Food / Dining | 16.56 |
| 10/07/2024 | POS Purchase | FRESHLUNCHES 818885171 CA | Food / Dining | 39.00 |
| 10/15/2024 | POS Purchase | UBER EATS HELP UBER CA | Food / Dining | 9.31 |
| 10/15/2024 | POS Purchase | ESPRESSO LAS VEGAS NV | Food / Dining | 28.32 |
| 10/15/2024 | POS Purchase | UBER EATS HELP UBER CA | Food / Dining | 29.17 |
| 10/15/2024 | POS Purchase | PETIT TROIS LE VALLESherman O CA | Food / Dining | 76.22 |
| 10/15/2024 | POS Purchase | IZAKAYA BIZAN LITT LE TOKLOS ANGEL CA | Food / Dining | 133.35 |
| 10/21/2024 | POS Purchase | MELS DRIVE IN HOL Los Angel CA | Food / Dining | 102.71 |
| 10/23/2024 | POS Purchase | DOORDASH ARAYA SPLA 855 973 1 CA | Food / Dining | 44.75 |
| 10/24/2024 | POS Purchase | EINSTEIN BROS BAGELS STUDIO CI CA | Food / Dining | 44.96 |
| 10/24/2024 | POS Purchase | FORMOSA West Holl CA | Food / Dining | 107.68 |
| 10/25/2024 | POS Purchase | Viktor Benes ContinentalHollywood CA | Food / Dining | 18.50 |
| 10/28/2024 | POS Purchase | SHIBUYALA LA LOS ANGEL CA | Food / Dining | 54.53 |
| 10/28/2024 | POS Purchase | FRESHLUNCHES 818885171 CA | Food / Dining | 53.50 |
| 10/28/2024 | POS Purchase | PETIT TROIS LE VALLESherman O CA | Food / Dining | 199.87 |
| | | | Food / Dining Total | 1,498.13 |
| 10/07/2024 | POS Purchase | GELSON'S MARKETS # 114 HOLLYWOOD CA | Groceries / Household | 31.54 |

| Date | Type | Description | Category | Amount |
|---|---|---|---|---|
| 10/07/2024 | POS Purchase | COSTCO BY INSTACAR HTTPSINST CA | Groceries / Household | 0.64 |
| 10/07/2024 | POS Purchase | GELSONS VIA IN STAC WWW GELSO CA | Groceries / Household | 5.55 |
| 10/07/2024 | POS Purchase | INSTACART HTTPSINST CA | Groceries / Household | 69.74 |
| 10/07/2024 | POS Purchase | GELSONS VIA INSTAC WWW GELSO CA | Groceries / Household | 215.00 |
| 10/07/2024 | POS Purchase | INSTACART HTTPSINST CA | Groceries / Household | 242.33 |
| 10/07/2024 | POS Purchase | COSTCO BY INSTACAR HTTPSINST CA | Groceries / Household | 259.00 |
| 10/15/2024 | POS Purchase | TRADER JOE S #12 T RADER STUDIO CI CA | Groceries / Household | 135.41 |
| 10/15/2024 | POS Purchase | INSTACART SUBS CRIP HTTPSINST CA | Groceries / Household | 9.99 |
| 10/15/2024 | POS Purchase | GELSONS VIA IN STAC WWW GELSO CA | Groceries / Household | 27.57 |
| 10/15/2024 | POS Purchase | GELSONS VIA IN STAC WWW GELSO CA | Groceries / Household | 49.27 |
| 10/21/2024 | POS Purchase | GELSON'S MARKETS # 114 HOLLYWOOD CA | Groceries / Household | 6.79 |
| 10/21/2024 | POS Purchase | GELSON'S MARKETS # 114 HOLLYWOOD CA | Groceries / Household | 158.12 |
| 10/21/2024 | POS Purchase | HOLLYWOOD SUPER MART LOS ANGEL CA | Groceries / Household | 55.29 |
| 10/21/2024 | POS Purchase | FISH KING SEAFOOD 2 GLENDALE CA | Groceries / Household | 300.62 |
| 10/23/2024 | POS Purchase | INSTACART HTTPSINST CA | Groceries / Household | 102.85 |
| 10/24/2024 | POS Purchase | GELSON'S MARKETS # 114 HOLLYWOOD CA | Groceries / Household | 28.00 |
| 10/25/2024 | POS Purchase | GELSON S MARKETS HOLLYWOOD CA | Groceries / Household | 19.00 |
| 10/28/2024 | POS Purchase | GELSON'S MARKETS # 114 HOLLYWOOD CA | Groceries / Household | 11.97 |
| 10/28/2024 | POS Purchase | GELSONS VIA IN STAC WWW GELSO CA | Groceries / Household | 146.77 |
| 10/31/2024 | POS Purchase | TARGET STORE T2479 LOS ANGEL CA | Groceries / Household | 212.94 |
| | | | **Groceries / Household Total** | 2,088.39 |
| 10/09/2024 | POS Purchase | GOODRXGOLD GOODRX CAR HTTPSWWW CA | Health / Medical | 19.00 |
| 10/10/2024 | POS Purchase | CVS/PHARMACY #0952 7 STUDIO CI CA | Health / Medical | 54.78 |
| 10/11/2024 | POS Purchase | DERMATOLOGY AND LA SER 818 50593 CA | Health / Medical | 200.00 |
| 10/15/2024 | POS Purchase | JAG Gym 310 28798 CA | Health / Medical | 5.51 |
| 10/22/2024 | POS Purchase | TRAINING MATE WWW TRAIN CA | Health / Medical | 29.00 |
| 10/23/2024 | POS Purchase | DERMATOLOGY AND LA SER 818 50593 CA | Health / Medical | 120.00 |
| 10/28/2024 | POS Purchase | RITE AID 05435 LOS ANGEL CA | Health / Medical | 37.42 |
| 10/28/2024 | POS Purchase | GOODRX GOLD HTTPSWWW CA | Health / Medical | 9.99 |
| 10/28/2024 | POS Purchase | JAG Gym 310 28798 CA | Health / Medical | 673.00 |
| | | | **Health / Medical Total** | 1,148.70 |
| 10/03/2024 | POS Purchase | SURPLUS CITY - YOUNGSTOWN OH | Home Maintenance | 25.69 |
| 10/03/2024 | POS Purchase | LOWE'S #18 YOUNGSTOW OH | Home Maintenance | 105.26 |
| 10/03/2024 | Check #1042 | Rainbow Pool & Spa | Home Maintenance | 1,400.00 |
| 10/04/2024 | Zelle | COLLEEN | Home Maintenance | 970.00 |
| 10/16/2024 | POS Purchase | WWP WESTERN EXTERMINATOR360 885 4 | Home Maintenance | 67.20 |
| 10/22/2024 | Zelle | ESMERALDA | Home Maintenance | 250.00 |
| | | | **Home Maintenance Total** | 2,818.15 |
| 10/07/2024 | Preauth Debit | HOMEPAY FEES 241007 | Household Payroll | 225.00 |
| 10/16/2024 | Preauth Debit | HOMEPAY TAX 241016 | Household Payroll | 127.92 |
| | | | **Household Payroll Total** | 352.92 |
| 10/04/2024 | ATM WDL | Erin Burke | Personal | 103.00 |
| 10/07/2024 | POS Purchase | AMAZON MKTPL XZ5Q9 7053 Amzn com WA | Personal | 75.65 |
| 10/08/2024 | ATM WDL | Erin Burke | Personal | 308.99 |
| 10/10/2024 | POS Purchase | 1144 - SEPHORA LOS ANGEL CA | Personal | 164.27 |
| 10/22/2024 | ATM WDL | Erin Burke | Personal | 200.65 |
| 10/22/2024 | POS Purchase | AMAZON MKTPL X23F7 49M3 Amzn com WA | Personal | 73.14 |
| 10/23/2024 | POS Purchase | AMAZON MKTPL 5V0VH 2MQ3 Amzn com WA | Personal | 25.19 |
| 10/25/2024 | ATM WDL | Erin Burke | Personal | 304.00 |
| 10/29/2024 | POS Purchase | AMAZON MKTPL JS3D7 1913 Amzn com WA | Personal | 37.21 |
| 10/29/2024 | POS Purchase | AMAZON MKTPL XN6LO 1CW3 Amzn com WA | Personal | 66.04 |
| 10/30/2024 | POS Purchase | AMAZON PRIME W54YE 8IR3 amzn com WA | Personal | 2.99 |
| | | | **Personal Total** | 1,361.13 |
| 10/02/2024 | POS Purchase | UNITED CLUB DEN B EAST DENVER CO | Travel | 9.72 |
| 10/02/2024 | POS Purchase | UNITED 016242 468151UNITED CO TX | Travel | 548.47 |
| 10/11/2024 | POS Purchase | UA INFLT 016444 012777HOUSTON TX | Travel | 10.00 |
| 10/11/2024 | POS Purchase | UA INFLT 016444 012777HOUSTON TX | Travel | 12.00 |
| 10/11/2024 | POS Purchase | UA INFLT 016444 012777HOUSTON TX | Travel | 12.00 |

| | | | Travel Total | 592.19 |
|---|---|---|---|---|
| 10/21/2024 | POS Purchase | VZWRLSS APOCC VISW 800 922 0 FL | Utility | 32.11 |
| 10/21/2024 | POS Purchase | Spectrum 855 707 7 MO | Utility | 137.98 |
| | | | Utility Total | 170.09 |
| | | | Grand Total | 23,426.91 |

[1] As a business owner, Debtor incurs business-related disbursements, including meals, travel, parking, and office expenses, and is reimbursed by her company, Burke Décor.  See Cash Receipts for estimated reimbursements.

**Erin Burke**
**Summary of Cash Flows**

|  |  | **October 2024** |
| --- | --- | --- |
| Axos 3112 (Pre-Petition) | $ | - |
| Chase 2301 (Pre-Petition) |  | - |
| EWB 9964 DIP |  | 31,121.56 |
|  |  |  |
| Total Receipts |  | 31,121.56 |
| Auto / Transportation |  | 58.49 |
| Office |  | 10,460.75 [1] |
| Clothing |  | - |
| Dues & Subscriptions |  | - |
| Education |  | 2,407.00 |
| Entertainment |  | 438.97 |
| Fee - Financial Services |  | 32.00 |
| Food/ Dining |  | 1,498.13 |
| Gov't Fee,Permit,Tax, etc. |  | - |
| Groceries / Household |  | 2,088.39 |
| Health / Medical |  | 1,148.70 |
| Household Wages & Taxes |  | 352.92 |
| Insurance |  | - |
| Loan Repayment |  |  |
| Maintenance/ Repair |  | 2,818.15 |
| Misc. |  |  |
| Mortgage Payment |  | - |
| Personal |  | 1,361.13 |
| Travel |  | 592.19 |
| Utilities |  | 170.09 |
| Total Disbursements |  | 23,426.91 |
| Net Income | $ | 7,694.65 |

[1] Debtor is reimbursed by Burke Décor for certain out of pocket business expenses. See Receipts
and Disbursements tabs.

# 7. Projections/ Actuals

| tual | Variance | Nov-24 | Dec-24 | 2024 |
|---|---|---|---|---|
| - | | 25,000 | 25,000 | 120,000 |
| ,657 | | 5,657 | 5,657 | 39,602 |
| | | 500 | 500 | 3,000 |
| ,464 | | 10,000 | 30,000 | 140,464 |
| ,122 | (10,036) | 41,157 | 61,157 | 303,066 |
| - | | 22,332 | 22,332 | 133,990 |
| 170 | | 1,250 | 1,250 | 7,670 |
| ,407 | | | 30,000 | 62,407 |
| | | 1,000 | 1,000 | 6,000 |
| ,587 | | 4,000 | 4,000 | 27,587 |
| 353 | | 1,500 | 1,500 | 9,353 |
| ,031 | | 1,500 | 1,500 | 10,031 |
| ,361 | | 1,500 | 1,500 | 10,361 |
| ,818 | | 1,000 | 1,000 | 8,818 |
| 58 | | 750 | 750 | 4,558 |
| | | 250 | 250 | 1,500 |
| ,641 | | | | |
| ,427 | (11,655) | 35,082 | 65,082 | 282,275 |
| ,695 | $ 1,619 | $ 6,076 | $ (3,924) | $ 20,791 |

# EAST WEST BANK *Your financial bridge*

Direct inquiries to:
888 761-3967

9300 Flair Dr., 1St FL
El Monte, CA. 91731

**ACCOUNT STATEMENT**
Page 1 of 9
STARTING DATE: October 01, 2024
ENDING DATE: October 31, 2024
Total days in statement period: 31

9964
( 1 )

ERIN ELIZABETH BURKE
CHAPTER 11 DEBTOR IN POSSESSION
CASE #24-14882
6411 IVARENE AVE
LOS ANGELES CA 90068-2823

Receive money using Direct Deposits!
Set up direct deposit and have your
paycheck or other recurring payments
sent to your bank account automatically.
Talk to your payer or call 888.895.5650
for more details.

## East West Value Checking

| | | | | |
|---|---|---|---|---|
| Account number | 9964 | Beginning balance | | $11,382.09 |
| Enclosures | 1 | Total additions | ( 5) | 31,121.56 |
| Low balance | $2,318.46 | Total subtractions | ( 160) | 23,426.91 |
| Average balance | $9,545.78 | Ending balance | | $19,076.74 |

### CREDITS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 10-04 | Wire Trans-IN | 4c686501-a55e-424f-b659-8a03e508998e BURKE | |
| | | DECOR, LLC 021000021 /ROC/BPL OF 24/10/ 04 | 4,000.00 |
| | 10-04 | Pre-Auth Credit | TRUCK WORLD INC PAYROLL 241004 | 2,828.73 |
| | 10-07 | Wire Trans-IN | 31ff354f-15cb-46d9 -8554-8335aa7a68f9 BURKE | |
| | | DECOR, LLC 021000021 REIMBURSEMENT HIVI EW | 2,844.00 |
| | 10-18 | Pre-Auth Credit | TRUCK WORLD INC PAYROLL 241018 | 2,828.73 |
| | 10-25 | Wire Trans-IN | f924fb37-0fb0-42d4 -a42f-0b7bd6f9c578 ERIN E | |
| | | BURKE PLEDG MLCOUS33 /ROC/P54299050741 | 18,620.10 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1042 | 10-03 | 1,400.00 | | | |

### DEBITS

| Date | Transaction Description | Subtractions |
|---|---|---|
| 10-01 | POS Purchase  MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA | |
| | XXXXXXXXXXXX1665 SEQ # 427420000013 | 100.11 |
| 10-01 | POS Purchase  MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA | |
| | XXXXXXXXXXXX1665 SEQ # 427420000016 | 101.43 |
| 10-01 | POS Purchase  MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA | |
| | XXXXXXXXXXXX1665 SEQ # 427423000015 | 103.48 |
| 10-01 | POS Purchase  MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA | |
| | XXXXXXXXXXXX1665 SEQ # 427429000014 | 107.10 |
| 10-01 | POS Purchase  MERCHANT PURCHASE TERMINAL 469216 TST SUPERBA FOOD BREADLos Angel CA | |
| | XXXXXXXXXXXX1665 SEQ # 427424105141 | 107.42 |

# EAST WEST BANK
*Your financial bridge*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

ERIN ELIZABETH BURKE

| Date | Transaction Description | | Subtractions |
|------|------|------|------|
| 10-02 | POS Purchase | MERCHANT PURCHASE TERMINAL 494300 UNITED CLUB DEN B EAST DENVER CO XXXXXXXXXXXXX1665 SEQ # 427520065284 | 9.72 |
| 10-02 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 APPLE COM BILL 866 712 7 CA XXXXXXXXXXXXX1665 SEQ # 427521106362 | 9.99 |
| 10-02 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 APPLE COM BILL 866 712 7 CA XXXXXXXXXXXXX1665 SEQ # 427529106362 | 9.99 |
| 10-02 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 APPLE COM BILL 866 712 7 CA XXXXXXXXXXXXX1665 SEQ # 427527106362 | 12.99 |
| 10-02 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 APPLE COM BILL 866 712 7 CA XXXXXXXXXXXXX1665 SEQ # 427526106362 | 16.98 |
| 10-02 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 APPLE COM BILL 866 712 7 CA XXXXXXXXXXXXX1665 SEQ # 427527106362 | 18.98 |
| 10-02 | POS Purchase | MERCHANT PURCHASE TERMINAL 401339 BURBANK AIRPORT FO OD BBURBANK CA XXXXXXXXXXXXX1665 SEQ # 427526000066 | 23.75 |
| 10-02 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 APPLE COM BILL 866 712 7 CA XXXXXXXXXXXXX1665 SEQ # 427525106237 | 34.99 |
| 10-02 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 UNITED 016242 468151UNITED CO TX XXXXXXXXXXXXX1665 SEQ # 427524106161 | 548.47 |
| 10-03 | POS Purchase | POS PURCHASE TERMINAL 06753367 SURPLUS CITY - YOU NGST YOUNGSTOW OH XXXXXXXXXXXXX1665 SEQ # 000069831959 | 25.69 |
| 10-03 | POS Purchase | POS PURCHASE TERMINAL 001 LOWE'S #18 YOUNGSTOW OH XXXXXXXXXXXXX1665 SEQ # 000000019177 | 105.26 |
| 10-03 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 Prime Video Channe ls amzn com WA XXXXXXXXXXXXX1665 SEQ # 427727107539 | 12.99 |
| 10-03 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 APPLE COM BILL 866 712 7 CA XXXXXXXXXXXXX1665 SEQ # 427625107109 | 18.99 |
| 10-03 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 APPLE COM BILL 866 712 7 CA XXXXXXXXXXXXX1665 SEQ # 427620107108 | 23.98 |
| 10-03 | POS Purchase | MERCHANT PURCHASE TERMINAL 407280 AQUA PAZZO BOARDMAN OH XXXXXXXXXXXXX1665 SEQ # 427629017555 | 180.45 |
| 10-04 | Service Charge | WIRE TRANS-IN | 10.00 |
| 10-04 | Account Debit | ZELLE COLLEEN EAST WEST BANK 88662 135 N LOS ROBLES A | 970.00 |
| 10-04 | ATM Withdrawal | CASH WITHDRAWAL TERMINAL 6400M 5877 FRANKLIN AVE LOS ANGEL CA XXXXXXXXXXXXX1665 SEQ # 000000001043 | 103.00 |
| 10-04 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA XXXXXXXXXXXXX1665 SEQ # 427729000019 | 101.52 |
| 10-04 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA XXXXXXXXXXXXX1665 SEQ # 427729000016 | 101.71 |
| 10-04 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA XXXXXXXXXXXXX1665 SEQ # 427729000017 | 104.52 |
| 10-04 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA XXXXXXXXXXXXX1665 SEQ # 427722000017 | 105.67 |
| 10-04 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA XXXXXXXXXXXXX1665 SEQ # 427729000019 | 106.03 |
| 10-04 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA XXXXXXXXXXXXX1665 SEQ # 427729000017 | 109.00 |
| 10-04 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA XXXXXXXXXXXXX1665 SEQ # 427722000018 | 110.74 |

# EAST WEST BANK
*Your financial bridge*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

ERIN ELIZABETH BURKE

| Date | Transaction Description | | Subtractions |
|------|------------------------|---|-------------|
| 10-04 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 TST STATION SQUARE RISTOYoungstow OH | |
| | | XXXXXXXXXXXX1665 SEQ # 427727107700 | 181.42 |
| 10-07 | Service Charge | WIRE TRANS-IN | 10.00 |
| 10-07 | POS Purchase | POS PURCHASE TERMINAL 20860201 GELSON'S MARKETS # 114 HOLLYWOOD CA | |
| | | XXXXXXXXXXXX1665 SEQ # 428110798203 | 31.54 |
| 10-07 | POS Purchase | POS PURCHASE TERMINAL 74861881 UBER * EATS PENDING SAN FRANC CA | |
| | | XXXXXXXXXXXX1665 SEQ # 534513 | 36.67 |
| 10-07 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 IC COSTCO BY INST ACAR HTTPSINST CA | |
| | | XXXXXXXXXXXX1665 SEQ # 427928000089 | 0.64 |
| 10-07 | POS Purchase | MERCHANT PURCHASE TERMINAL 449216 IC GELSONS VIA IN STAC WWW GELSO CA | |
| | | XXXXXXXXXXXX1665 SEQ # 428023000024 | 5.55 |
| 10-07 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 DD DOORDASHDASHPA SS WWW DOORD CA | |
| | | XXXXXXXXXXXX1665 SEQ # 428126000028 | 9.99 |
| 10-07 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 APPLE COM BILL 866 712 7 CA | |
| | | XXXXXXXXXXXX1665 SEQ # 427921109741 | 12.98 |
| 10-07 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 SQ BLUE BOTTLE CO FFEE Los Angel CA | |
| | | XXXXXXXXXXXX1665 SEQ # 427820109069 | 16.56 |
| 10-07 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 MOCA LA 213 62117 CA | |
| | | XXXXXXXXXXXX1665 SEQ # 427920000099 | 18.72 |
| 10-07 | POS Purchase | MERCHANT PURCHASE TERMINAL 443106 FRESHLUNCHES 818885171 CA | |
| | | XXXXXXXXXXXX1665 SEQ # 428124068669 | 39.00 |
| 10-07 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 IC INSTACART HTTPSINST CA | |
| | | XXXXXXXXXXXX1665 SEQ # 427926000081 | 69.74 |
| 10-07 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL XZ5Q9 7053 Amzn com WA | |
| | | XXXXXXXXXXXX1665 SEQ # 427820108696 | 75.65 |
| 10-07 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA | |
| | | XXXXXXXXXXXX1665 SEQ # 427829000019 | 100.52 |
| 10-07 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA | |
| | | XXXXXXXXXXXX1665 SEQ # 428026000012 | 102.30 |
| 10-07 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA | |
| | | XXXXXXXXXXXX1665 SEQ # 427825000019 | 120.10 |
| 10-07 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA | |
| | | XXXXXXXXXXXX1665 SEQ # 427823000017 | 120.32 |
| 10-07 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA | |
| | | XXXXXXXXXXXX1665 SEQ # 427826000016 | 124.16 |
| 10-07 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA | |
| | | XXXXXXXXXXXX1665 SEQ # 427828000019 | 148.56 |
| 10-07 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA | |
| | | XXXXXXXXXXXX1665 SEQ # 427828000017 | 157.16 |
| 10-07 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA | |
| | | XXXXXXXXXXXX1665 SEQ # 427827000017 | 169.11 |
| 10-07 | POS Purchase | MERCHANT PURCHASE TERMINAL 449216 IC GELSONS VIA IN STAC WWW GELSO CA | |
| | | XXXXXXXXXXXX1665 SEQ # 428023000024 | 215.00 |
| 10-07 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 IC INSTACART HTTPSINST CA | |
| | | XXXXXXXXXXXX1665 SEQ # 427926000088 | 242.33 |
| 10-07 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 IC COSTCO BY INST ACAR HTTPSINST CA | |
| | | XXXXXXXXXXXX1665 SEQ # 427920000089 | 259.00 |
| 10-07 | Preauth Debit | HOMEPAY FEES 241007 | 225.00 |

# EAST WEST BANK
Your financial bridge

9300 Flair Dr., 1St FL
El Monte, CA. 91731

STARTING DATE: October 01, 2024
ENDING DATE: October 31, 2024

████████9964

ERIN ELIZABETH BURKE

| Date | Transaction Description | | Subtractions |
|------|-------------------------|---|--------------:|
| 10-08 | ATM Withdrawal | CASH WITHDRAWAL TERMINAL NVMLVA01 4455 PARADISE ROAD NULL LAS VEGAS NV XXXXXXXXXXXX1665 SEQ # 428200002222 | 308.99 |
| 10-08 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA XXXXXXXXXXXX1665 SEQ # 428129000017 | 102.16 |
| 10-08 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA XXXXXXXXXXXX1665 SEQ # 428122000016 | 104.53 |
| 10-08 | POS Purchase | MERCHANT PURCHASE TERMINAL 403629 PODS 800 776 7 FL XXXXXXXXXXXX1665 SEQ # 428121718022 | 1,236.53 |
| 10-08 | POS Purchase | MERCHANT PURCHASE TERMINAL 404691 PAY HIVIEW 805 76240 CA XXXXXXXXXXXX1665 SEQ # 428128900010 | 2,844.00 |
| 10-09 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 APPLE COM BILL 866 712 7 CA XXXXXXXXXXXX1665 SEQ # 428223102445 | 17.98 |
| 10-09 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 GOODRXGOLD GOODRX CAR HTTPSWWW CA XXXXXXXXXXXX1665 SEQ # 428327000002 | 19.00 |
| 10-09 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA XXXXXXXXXXXX1665 SEQ # 428226000012 | 101.14 |
| 10-09 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA XXXXXXXXXXXX1665 SEQ # 428221000014 | 103.88 |
| 10-09 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA XXXXXXXXXXXX1665 SEQ # 428225000012 | 106.45 |
| 10-09 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA XXXXXXXXXXXX1665 SEQ # 428226000014 | 112.91 |
| 10-09 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA XXXXXXXXXXXX1665 SEQ # 428226000014 | 126.76 |
| 10-09 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA XXXXXXXXXXXX1665 SEQ # 428222000015 | 134.25 |
| 10-09 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA XXXXXXXXXXXX1665 SEQ # 428222000015 | 142.71 |
| 10-10 | POS Purchase | POS PURCHASE TERMINAL 30952715 CVS/PHARMACY #0952 7 STUDIO CI CA XXXXXXXXXXXX1665 SEQ # 008028 | 54.78 |
| 10-10 | POS Purchase | POS PURCHASE TERMINAL 021 1144 - SEPHORA LOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 428419832414 | 164.27 |
| 10-10 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 BLOOMBERG BB 3619 6226 HTTPSWWW NY XXXXXXXXXXXX1665 SEQ # 428429000040 | 1.99 |
| 10-10 | POS Purchase | MERCHANT PURCHASE TERMINAL 443099 APPLE COM BILL 866 712 7 CA XXXXXXXXXXXX1665 SEQ # 428324113857 | 7.99 |
| 10-10 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA XXXXXXXXXXXX1665 SEQ # 428320000012 | 102.92 |
| 10-10 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA XXXXXXXXXXXX1665 SEQ # 428327000012 | 103.18 |
| 10-10 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA XXXXXXXXXXXX1665 SEQ # 428328000013 | 104.82 |
| 10-10 | POS Purchase | MERCHANT PURCHASE TERMINAL 400077 SHIPPO COM HTTPSGOSH CA XXXXXXXXXXXX1665 SEQ # 428324000013 | 118.44 |
| 10-10 | POS Purchase | MERCHANT PURCHASE TERMINAL 403629 PODS 800 776 7 FL XXXXXXXXXXXX1665 SEQ # 428324718282 | 500.00 |
| 10-11 | Account Debit | ZELLE CARRIE OAKS EAST WEST BANK 88662 135 N LOS ROBLES A | 125.00 |
| 10-11 | Account Debit | ZELLE KATE EAST WEST BANK 88662 135 N LOS ROBLES A | 182.00 |
| 10-11 | Account Debit | ZELLE ASHELY WEST SIDE EAST WEST BANK 88662 135 N LOS ROBLES A | 700.00 |

# EAST WEST BANK *Your financial bridge*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

ERIN ELIZABETH BURKE

| Date | Transaction Description | | Subtractions |
|------|------------------------|---|-------------|
| 10-11 | Account Debit | ZELLE ASHELY WEST SIDE EAST WEST BANK 88662 135 N LOS ROBLES A | 700.00 |
| 10-11 | Account Debit | ZELLE JESSICA WIL SON EAST WEST BANK 88662 135 N LOS ROBLES A | 2,082.30 |
| 10-11 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 Prime Video Channe ls amzn com WA XXXXXXXXXXXX1665 SEQ # 428425104279 | 4.99 |
| 10-11 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 UA INFLT 016444 012777HOUSTON TX XXXXXXXXXXXX1665 SEQ # 428426104230 | 10.00 |
| 10-11 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 UA INFLT 016444 012777HOUSTON TX XXXXXXXXXXXX1665 SEQ # 428421104230 | 12.00 |
| 10-11 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 UA INFLT 016444 012777HOUSTON TX XXXXXXXXXXXX1665 SEQ # 428428104230 | 12.00 |
| 10-11 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 DERMATOLOGY AND LA SER 818 50593 CA XXXXXXXXXXXX1665 SEQ # 428426000106 | 200.00 |
| 10-15 | POS Purchase | POS PURCHASE TERMINAL 08158931 STAPLES 0243 HOLLYWOOD CA XXXXXXXXXXXX1665 SEQ # 428721479180 | 27.35 |
| 10-15 | POS Purchase | POS PURCHASE TERMINAL 18074251 DORCAS LOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 428620502183 | 49.25 |
| 10-15 | POS Purchase | POS PURCHASE TERMINAL 99999999 TRADER JOE S #12 T RADER STUDIO CI CA XXXXXXXXXXXX1665 SEQ # 428900718799 | 135.41 |
| 10-15 | POS Purchase | MERCHANT PURCHASE TERMINAL 490641 ICP JAG Gym 310 28798 CA XXXXXXXXXXXX1665 SEQ # 428522211281 | 5.51 |
| 10-15 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 APPLE COM BILL 866 712 7 CA XXXXXXXXXXXX1665 SEQ # 428625106199 | 6.99 |
| 10-15 | POS Purchase | MERCHANT PURCHASE TERMINAL 403629 UBER EATS HELP UBER CA XXXXXXXXXXXX1665 SEQ # 428726744853 | 9.31 |
| 10-15 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 IC INSTACART SUBS CRIP HTTPSINST CA XXXXXXXXXXXX1665 SEQ # 428523000075 | 9.99 |
| 10-15 | POS Purchase | MERCHANT PURCHASE TERMINAL 405522 BEST AUTO PARK LOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 428720117720 | 10.00 |
| 10-15 | POS Purchase | MERCHANT PURCHASE TERMINAL 449216 IC GELSONS VIA IN STAC WWW GELSO CA XXXXXXXXXXXX1665 SEQ # 428823000003 | 27.57 |
| 10-15 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 ESPRESSO LAS VEGAS NV XXXXXXXXXXXX1665 SEQ # 428524105274 | 28.32 |
| 10-15 | POS Purchase | MERCHANT PURCHASE TERMINAL 403629 UBER EATS HELP UBER CA XXXXXXXXXXXX1665 SEQ # 428724744846 | 29.17 |
| 10-15 | POS Purchase | MERCHANT PURCHASE TERMINAL 449216 IC GELSONS VIA IN STAC WWW GELSO CA XXXXXXXXXXXX1665 SEQ # 428822000003 | 49.27 |
| 10-15 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 TST PETIT TROIS LE VALLESherman O CA XXXXXXXXXXXX1665 SEQ # 428626106028 | 76.22 |
| 10-15 | POS Purchase | MERCHANT PURCHASE TERMINAL 405522 IZAKAYA BIZAN LITT LE TOKLOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 428725117999 | 133.35 |
| 10-16 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 Prime Video Z41FB 4XF3 888 802 3 WA XXXXXXXXXXXX1665 SEQ # 428927108525 | 8.59 |
| 10-16 | POS Purchase | MERCHANT PURCHASE TERMINAL 444500 WWP WESTERN EXTERM INATOR360 885 4 WA XXXXXXXXXXXX1665 SEQ # 428927300569 | 67.20 |
| 10-16 | Preauth Debit | HOMEPAY TAX 241016 | 127.92 |
| 10-18 | POS Purchase | MERCHANT PURCHASE TERMINAL 443099 APPLE COM BILL 866 712 7 CA XXXXXXXXXXXX1665 SEQ # 429222122470 | 6.99 |
| 10-18 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 APPLE COM BILL 866 712 7 CA XXXXXXXXXXXX1665 SEQ # 429125100102 | 7.99 |

# EAST WEST BANK  Your financial bridge

9300 Flair Dr., 1St FL
El Monte, CA. 91731

ERIN ELIZABETH BURKE

| Date | Transaction Description | | Subtractions |
|------|------------------------|---|---|
| 10-21 | POS Purchase | POS PURCHASE TERMINAL 20660201 GELSON'S MARKETS # 114 HOLLYWOOD CA XXXXXXXXXXXX1665 SEQ # 429321176911 | 6.79 |
| 10-21 | POS Purchase | POS PURCHASE TERMINAL 20660201 GELSON'S MARKETS # 114 HOLLYWOOD CA XXXXXXXXXXXX1665 SEQ # 429321635046 | 158.12 |
| 10-21 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 HONK PARKING 886 675 7 DE XXXXXXXXXXXX1665 SEQ # 429428100644 | 8.50 |
| 10-21 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 Prime Video Channe ls amzn com WA XXXXXXXXXXXX1665 SEQ # 429228101113 | 8.99 |
| 10-21 | POS Purchase | MERCHANT PURCHASE TERMINAL 403629 UBER ONE HELP UBER CA XXXXXXXXXXXX1665 SEQ # 429521712085 | 9.99 |
| 10-21 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 APPLE COM BILL 866 712 7 CA XXXXXXXXXXXX1665 SEQ # 429329101877 | 16.99 |
| 10-21 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 VZWRLSS APOCC VISW 800 922 0 FL XXXXXXXXXXXX1665 SEQ # 429427100181 | 32.11 |
| 10-21 | POS Purchase | MERCHANT PURCHASE TERMINAL 433322 HOLLYWOOD SUPER MA RT LOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 429225123406 | 55.29 |
| 10-21 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 TST MELS DRIVE IN HOL Los Angel CA XXXXXXXXXXXX1665 SEQ # 429420100291 | 102.71 |
| 10-21 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 Spectrum 855 707 7 MO XXXXXXXXXXXX1665 SEQ # 429225101565 | 137.98 |
| 10-21 | POS Purchase | MERCHANT PURCHASE TERMINAL 480197 FISH KING SEAFOOD 2 GLENDALE CA XXXXXXXXXXXX1665 SEQ # 429529125786 | 300.62 |
| 10-22 | Account Debit | ZELLE ESMERALDA EAST WEST BANK 88662 135 N LOS ROBLES A | 250.00 |
| 10-22 | ATM Withdrawal | CASH WITHDRAWAL TERMINAL EX024924 7777 W SUNSET BLVD LOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 920916 | 200.65 |
| 10-22 | A2A Pmt Debit | TERMINAL 002 NETFLIX CO LOS GATOS CA XXXXXXXXXXXX1665 SEQ # 000000207695 | 22.99 |
| 10-22 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 TRAINING MATE WWW TRAIN CA XXXXXXXXXXXX1665 SEQ # 429627000007 | 29.00 |
| 10-22 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL X23F7 49M3 Amzn com WA XXXXXXXXXXXX1665 SEQ # 429529101242 | 73.14 |
| 10-23 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 NEW YORK MAGAZINE NYMAG COM DC XXXXXXXXXXXX1665 SEQ # 429623000072 | 4.00 |
| 10-23 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 5V0VH 2MQ3 Amzn com WA XXXXXXXXXXXX1665 SEQ # 429624101797 | 25.19 |
| 10-23 | POS Purchase | MERCHANT PURCHASE TERMINAL 403629 DD DOORDASH ARAYA SPLA 855 973 1 CA XXXXXXXXXXXX1665 SEQ # 429622742264 | 44.75 |
| 10-23 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 IC INSTACART HTTPSINST CA XXXXXXXXXXXX1665 SEQ # 429625000073 | 102.85 |
| 10-23 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 DERMATOLOGY AND LA SER 818 50593 CA XXXXXXXXXXXX1665 SEQ # 429625000092 | 120.00 |
| 10-24 | Account Debit | ZELLE ASHELY WEST SIDE EAST WEST BANK 88662 135 N LOS ROBLES A | 700.00 |
| 10-24 | POS Purchase | POS PURCHASE TERMINAL 20660201 GELSON'S MARKETS # 114 HOLLYWOOD CA XXXXXXXXXXXX1665 SEQ # 429811635108 | 28.00 |
| 10-24 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 LADOT METER PARKIN G LOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 429723102790 | 1.00 |
| 10-24 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 Amazon Prime TN951 12Y3 Amzn com WA XXXXXXXXXXXX1665 SEQ # 429720103245 | 16.41 |

**EAST WEST BANK** *Your financial bridge*

ACCOUNT STATEMENT
Page  7  of  9
STARTING DATE: October 01, 2024
ENDING DATE: October 31, 2024
▉▉▉▉9964

9300 Flair Dr., 1St FL
El Monte, CA. 91731

ERIN ELIZABETH BURKE

| Date | Transaction Description | | Subtractions |
|------|------------------------|---|-------------:|
| 10-24 | POS Purchase | MERCHANT PURCHASE TERMINAL 494166 EINSTEIN BROS BAGE LS STUDIO CI CA  XXXXXXXXXXXX1665 SEQ # 429721055812 | 44.96 |
| 10-24 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 TST FORMOSA West Holl CA  XXXXXXXXXXXX1665 SEQ # 429727102811 | 107.68 |
| 10-25 | Service Charge | WIRE TRANS-IN | 10.00 |
| 10-25 | ATM Withdrawal | CASH WITHDRAWAL TERMINAL ICAD5561 *PACIFIC PALISADES PACIFIC P CA  XXXXXXXXXXXX1665 SEQ # 010697 | 304.00 |
| 10-25 | POS Purchase | MERCHANT PURCHASE TERMINAL 405522 WEHO PARKING METER S WEST HOLL CA  XXXXXXXXXXXX1665 SEQ # 429825129220 | 4.00 |
| 10-25 | POS Purchase | MERCHANT PURCHASE TERMINAL 474455 Viktor Benes Conti nentalHollywood CA  XXXXXXXXXXXX1665 SEQ # 429923240001 | 18.50 |
| 10-25 | POS Purchase | MERCHANT PURCHASE TERMINAL 442733 GELSON S MARKETS HOLLYWOOD CA  XXXXXXXXXXXX1665 SEQ # 429826710039 | 19.00 |
| 10-25 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 APPLE COM BILL 866 712 7 CA  XXXXXXXXXXXX1665 SEQ # 429822103650 | 24.97 |
| 10-28 | POS Purchase | POS PURCHASE TERMINAL 20860201 GELSON'S MARKETS # 114 HOLLYWOOD CA  XXXXXXXXXXXX1665 SEQ # 430117395358 | 11.97 |
| 10-28 | POS Purchase | POS PURCHASE TERMINAL 54865201 RITE AID 05435 LOS ANGEL CA  XXXXXXXXXXXX1665 SEQ # 430117032428 | 37.42 |
| 10-28 | POS Purchase | POS PURCHASE TERMINAL 04939322 SHIBUYALA LA LOS ANGEL CA  XXXXXXXXXXXX1665 SEQ # 430022544510 | 54.53 |
| 10-28 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 APPLE COM BILL 866 712 7 CA  XXXXXXXXXXXX1665 SEQ # 430123106581 | 3.99 |
| 10-28 | POS Purchase | MERCHANT PURCHASE TERMINAL 438886 Patreon Membershi p Internet CA  XXXXXXXXXXXX1665 SEQ # 430229050109 | 6.45 |
| 10-28 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 GOODRX GOLD HTTPSWWW CA  XXXXXXXXXXXX1665 SEQ # 430120000093 | 9.99 |
| 10-28 | POS Purchase | MERCHANT PURCHASE TERMINAL 494300 GETTYVILLAESP LOS ANGEL CA  XXXXXXXXXXXX1665 SEQ # 430028080743 | 15.86 |
| 10-28 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 THE GETTY PARKING LOS ANGEL CA  XXXXXXXXXXXX1665 SEQ # 430023105198 | 25.00 |
| 10-28 | POS Purchase | MERCHANT PURCHASE TERMINAL 443106 FRESHLUNCHES 818885171 CA  XXXXXXXXXXXX1665 SEQ # 430129081107 | 53.50 |
| 10-28 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 SHOPIFY 288552131 HTTPSSHOP IL  XXXXXXXXXXXX1665 SEQ # 429928000076 | 112.88 |
| 10-28 | POS Purchase | MERCHANT PURCHASE TERMINAL 449216 IC GELSONS VIA IN STAC WWW GELSO CA  XXXXXXXXXXXX1665 SEQ # 430126000004 | 146.77 |
| 10-28 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 TST PETIT TROIS LE VALLESherman O CA  XXXXXXXXXXXX1665 SEQ # 429826104711 | 199.87 |
| 10-28 | POS Purchase | MERCHANT PURCHASE TERMINAL 490641 ICP JAG Gym 310 28798 CA  XXXXXXXXXXXX1665 SEQ # 430024212492 | 673.00 |
| 10-29 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL JS3D7 1913 Amzn com WA  XXXXXXXXXXXX1665 SEQ # 430227107157 | 37.21 |
| 10-29 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL XN6LO 1CW3 Amzn com WA  XXXXXXXXXXXX1665 SEQ # 430229107496 | 66.04 |
| 10-30 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 AMAZON PRIME W54YE 8IR3 amzn com WA  XXXXXXXXXXXX1665 SEQ # 430421108593 | 2.99 |
| 10-30 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 APPLE COM BILL 866 712 7 CA  XXXXXXXXXXXX1665 SEQ # 430329108441 | 13.98 |

**EAST WEST BANK** *Your financial bridge*

9300 Flair Dr., 1St Fl
El Monte, CA. 91731

ERIN ELIZABETH BURKE

| Date | Transaction Description | | Subtractions |
|------|-------------------------|---|--------------|
| 10-31 | POS Purchase | POS PURCHASE TERMINAL 32479075 TARGET STORE T2479 LOS ANGEL CA | |
| | | XXXXXXXXXXXX1665 SEQ # 000000075046 | 212.94 |
| 10-31 | Service Charge | ATM WITHDRAWAL FEE | 2.00 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 09-30 | 11,382.09 | 10-10 | 7,148.17 | 10-24 | 2,523.50 |
| 10-01 | 10,862.55 | 10-11 | 3,119.88 | 10-25 | 20,763.13 |
| 10-02 | 10,176.69 | 10-15 | 2,522.17 | 10-28 | 19,411.90 |
| 10-03 | 8,409.33 | 10-16 | 2,318.46 | 10-29 | 19,308.65 |
| 10-04 | 13,234.45 | 10-18 | 5,132.21 | 10-30 | 19,291.68 |
| 10-07 | 13,767.85 | 10-21 | 4,294.12 | 10-31 | 19,076.74 |
| 10-08 | 9,171.64 | 10-22 | 3,718.34 | | |
| 10-09 | 8,306.56 | 10-23 | 3,421.55 | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## STATEMENT BALANCING

**Fill in the amounts below from the front of this statement and your checkbook.**

**ENTER**
Ending Balance of
this Statement……………............  $_____

**ENTER**
Present Balance in
your checkbook………………….  $_____

**Add** Deposits not shown
on this Statement  $_____
_____
_____

**Subtract** any service
charges, finance or
any other charges………………….  $_____

**Sub Total**………  $_____

Sub Total …………  $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Add** Monthly Interest
Earned ………………………….  $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………….  $_____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………….  $_____
_____
_____
_____

**Total** amount of outstanding
checks……………………………  $_____

**Balance**……….........................**  $_____

**Balance**……….......................................  $_____

## IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT

You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS

Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

## ACCOUNTS WITH CHECK STORAGE

Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

## CHANGE OF ADDRESS

*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)