DAVID GOLUBCHIK (State Bar No. 185530)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYG.COM

Bankruptcy Counsel for
Erin Elizabeth Burke, Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ERIN ELIZABETH BURKE,<br><br>      Debtor and Debtor in Possession. | Case No. 2:24-bk-14882-BB<br><br>Chapter 11<br>Subchapter V<br><br>**DECLARATION OF DAVID B. GOLUBCHIK IN SUPPORT OF DEBTOR'S MOTION TO CONFIRM "DEBTOR'S FIRST AMENDED SUB-CHAPTER V PLAN OF REORGANIZATION"**<br><br><u>Plan Confirmation Hearing</u>:<br>Date: December 11, 2024<br>Time: 11:00 a.m.<br>Courtroom: 1539<br>Place: 255 E. Temple Street<br>       Los Angeles, CA 90012 |

///

///

///

///

52013808.1                                    1

I, David B. Golubchik, hereby declare as follows:

1. I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2. I am a partner of the law firm of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), bankruptcy counsel to Erin E. Burke (the "Debtor"), the debtor and debtor in possession in this chapter 11 bankruptcy case.

3. I make this declaration in support of the Debtor's Motion ("Motion") To Confirm "Debtor's First Amended Sub-Chapter V Plan Of Reorganization" ("Plan").

4. Following is the ballot tabulation summary for voting on the Plan with the ballots received by my office:

**Class 2A – 100% voting acceptance**

|   | Vote | Amount | Creditor |
|---|---|---|---|
| 1 | Accept | $54,063.02 | American Express |
| 2 | Accept | $642,952.68 | Michele Burke |
| 3 | Reject | $178,430.00 | The LCF Group |
|   | TOTAL | $875,445.70 |   |

**Class 2A - Voting Acceptance/Rejection Summary Calculation**

|   | Ballots | Percentage | Dollars | Percentage |
|---|---|---|---|---|
| Accept | 2 | 66.7% | $697,015.70 | 79.62% |
| Reject | 1 | 33.3% | $178,430.00 | 20.38% |
| Total | 3 | 100.00% | $2,449,829.16 | 100.00% |

5. True and correct copies of the ballots are attached collectively hereto as **Exhibit "3"**.

I declare and verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on this 4th day of December 2024, at Los Angeles, California.

/s/ *David B. Golubchik*
DAVID B. GOLUBCHIK

52013808.1

2

**Exhibit 3**

# BALLOT FOR ACCEPTING OR REJECTING PLAN

**[Class 2A and 2B]**

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ERIN ELIZABETH BURKE,<br><br>Debtor and Debtor in Possession. | Case No. 2:24-bk-14882-BB<br>Chapter 11<br>Subchapter V<br><br>Plan Confirmation Hearing:<br>Date:  December 11, 2024<br>Time: 11:00 a.m.<br>Courtroom: 1539<br>Place: 255 E. Temple Street<br>           Los Angeles, CA 90012 |

Erin Elizabeth Burke, Debtor and Debtor in Possession herein ("Debtor"), filed "*Debtor's First Amended Sub-Chapter V Plan Of Reorganization*" (the "Plan") in this case.  **By this Ballot, you will vote to accept or reject the Plan**.  The Plan has been sent to you with the Ballot.  You should review the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  If the Plan is confirmed by the Court, it will be binding on you whether or not you vote.  Only timely completed and returned Ballots will be counted.

**To vote, complete the information on the lines below:**

The undersigned hereby votes its claim:

Creditor: American Express National Bank

Signature: *[signature]*                    Dated: November 20, 2024

| Name | Jordan Katz for Kenneth W. Kleppinger |
|---|---|
| Title | Attorney/Agent for creditor |
| Address [1] | c/o Becket & Lee LLP |
| Address [2] | PO Box 3001 |
| City, State, Zip | Malvern, PA 19355 |

The undersigned hereby votes its claim in **CLASS NO. 2A**
[Write In Either Class 2A or 2B]

The undersigned hereby:

( X ) ACCEPTS the Plan                    (___) REJECTS the Plan

1

Amount of Claim (or Shares): $54,063.02_____ Account Ending: 6000

To have your vote count, a completed Ballot must actually be <u>received</u> by no later than **November 27, 2024** by:

Levene, Neale, Bender, Yoo & Golubchik L.L.P. (Attn: David Golubchik)
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:    (310) 229-1234
Facsimile:    (310) 229-1244
Email: DBG@LNBYG.COM

**PLEASE TAKE NOTICE** that the following procedures apply with regard to Ballots:

1. The amount of the claim for the purposes of Ballot tabulation will be:

a) For a claim identified in the Debtor's Schedules of Assets and Liabilities ("<u>Schedules</u>") as not contingent, not unliquidated, and not disputed, and that has not been disallowed, waived or withdrawn by order of the Court, stipulation or otherwise prior to the confirmation hearing, and for which no proof of claim has been filed timely, the claim amount as identified in the Schedules (the "<u>Scheduled Amount</u>");

b) For a timely proof of claim that is filed in a specified liquidated amount and that is not the subject of an objection filed before the confirmation hearing and that has not been disallowed, waived or withdrawn by order of the Court, stipulation, or otherwise prior to the confirmation hearing, the specified liquidated amount in such proof of claim (the "<u>Liquidated Amount</u>"); and

c) For a claim that is the subject of an objection to claim in whole or in part before the confirmation hearing, the undisputed amount, if any, of such claim, unless such claim is temporarily allowed under Bankruptcy Rule 3018(a).

2. If an entity submits a Ballot for a claim (i) for which there is no timely proof of claim filed and for which there is no corresponding Scheduled Amount, or (ii) which is the subject of an unresolved objection filed prior to the confirmation hearing, such Ballot will not be counted unless otherwise ordered by the Court.

3. Creditors that may have claims in more than one class under the Plan must submit separate Ballots for voting their claims in each such class. Any creditor that requires additional Ballot(s) may obtain additional Ballot(s) pursuant to the instructions set forth in the confirmation hearing notice. If a creditor uses one Ballot to vote claims in more than one class, such combined Ballot will not be counted.

4. If an entity casts more than one eligible Ballot with respect to the same claim before the Balloting deadline, the last Ballot received prior to that deadline shall supersede any prior Ballot(s) by such entity with respect to such claim.

5. Any Ballot that is incomplete or that is not received by the applicable deadline shall not be counted; provided, however, that any Ballot that is signed but that does not indicate an acceptance or rejection of the Plan shall be deemed to be a Ballot accepting the Plan.

# BALLOT FOR ACCEPTING OR REJECTING PLAN

### [Class 2A and 2B]

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ERIN ELIZABETH BURKE,<br><br>  Debtor and Debtor in Possession. | Case No. 2:24-bk-14882-BB<br>Chapter 11<br>Subchapter V<br><br>Plan Confirmation Hearing:<br>Date: December 11, 2024<br>Time: 11:00 a.m.<br>Courtroom: 1539<br>Place: 255 E. Temple Street<br>       Los Angeles, CA 90012 |

Erin Elizabeth Burke, Debtor and Debtor in Possession herein ("Debtor"), filed "*Debtor's First Amended Sub-Chapter V Plan Of Reorganization*" (the "Plan") in this case. **By this Ballot, you will vote to accept or reject the Plan**. The Plan has been sent to you with the Ballot. You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If the Plan is confirmed by the Court, it will be binding on you whether or not you vote. Only timely completed and returned Ballots will be counted.

**To vote, complete the information on the lines below**:

The undersigned hereby votes its claim:

Creditor: MICHELE BURKE, Trustee

Signature: Michele Burke, Trustee    Dated: 11-9-2024

| | |
|---|---|
| Name | MICHELE BURKE, TRUSTEE |
| Title | |
| Address [1] | 248 Torrey Pines Terrace |
| Address [2] | |
| City, State, Zip | Del Mar, CA 92014 |

The undersigned hereby votes its claim in CLASS NO. 2A
[Write In Either Class 2A or 2B]

The undersigned hereby:

(X) ACCEPTS the Plan          (  ) REJECTS the Plan

1

Amount of Claim (or Shares): $ 642,952.68

To have your vote count, a completed Ballot must actually be <u>received</u> by no later than **November 27, 2024** by:

Levene, Neale, Bender, Yoo & Golubchik L.L.P. (Attn: David Golubchik)
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:     (310) 229-1234
Facsimile:     (310) 229-1244
Email: DBG@LNBYG.COM

**PLEASE TAKE NOTICE** that the following procedures apply with regard to Ballots:

1. The amount of the claim for the purposes of Ballot tabulation will be:

   a) For a claim identified in the Debtor's Schedules of Assets and Liabilities ("<u>Schedules</u>") as not contingent, not unliquidated, and not disputed, and that has not been disallowed, waived or withdrawn by order of the Court, stipulation or otherwise prior to the confirmation hearing, and for which no proof of claim has been filed timely, the claim amount as identified in the Schedules (the "<u>Scheduled Amount</u>");

   b) For a timely proof of claim that is filed in a specified liquidated amount and that is not the subject of an objection filed before the confirmation hearing and that has not been disallowed, waived or withdrawn by order of the Court, stipulation, or otherwise prior to the confirmation hearing, the specified liquidated amount in such proof of claim (the "<u>Liquidated Amount</u>"); and

   c) For a claim that is the subject of an objection to claim in whole or in part before the confirmation hearing, the undisputed amount, if any, of such claim, unless such claim is temporarily allowed under Bankruptcy Rule 3018(a).

2. If an entity submits a Ballot for a claim (i) for which there is no timely proof of claim filed and which there is no corresponding Scheduled Amount, or (ii) which is the subject of an unresolved objection filed prior to the confirmation hearing, such Ballot will not be counted unless otherwise ordered by the Court.

3. Creditors that may have claims in more than one class under the Plan must submit separate Ballots for voting their claims in each such class. Any creditor that requires additional Ballot(s) may obtain additional Ballot(s) pursuant to the instructions set forth in the confirmation hearing notice. If a creditor uses one Ballot to vote claims in more than one class, such combined Ballot will not be counted.

4. If an entity casts more than one eligible Ballot with respect to the same claim before the Balloting deadline, the last Ballot received prior to that deadline shall supersede any prior Ballot(s) by such entity with respect to such claim.

5. Any Ballot that is incomplete or that is not received by the applicable deadline shall not be counted; provided, however, that any Ballot that is signed but that does not indicate an acceptance or rejection of the Plan shall be deemed to be a Ballot accepting the Plan.

2

# BALLOT FOR ACCEPTING OR REJECTING PLAN

## [Class 2A and 2B]

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ERIN ELIZABETH BURKE,<br><br>      Debtor and Debtor in Possession. | Case No. 2:24-bk-14882-BB<br>Chapter 11<br>Subchapter V<br><br>Plan Confirmation Hearing:<br>Date: December 11, 2024<br>Time: 11:00 a.m.<br>Courtroom: 1539<br>Place: 255 E. Temple Street<br>      Los Angeles, CA 90012 |

      Erin Elizabeth Burke, Debtor and Debtor in Possession herein ("Debtor"), filed *"Debtor's First Amended Sub-Chapter V Plan Of Reorganization"* (the "Plan") in this case. **By this Ballot, you will vote to accept or reject the Plan.** The Plan has been sent to you with the Ballot. You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If the Plan is confirmed by the Court, it will be binding on you whether or not you vote. Only timely completed and returned Ballots will be counted.

**To vote, complete the information on the lines below:**

      The undersigned hereby votes its claim:

Creditor:   THE LCF GROUP, INC.

Signature: *Rw71*        Dated: 11/27/24

| Name | Robert Kleiber |
|---|---|
| Title | COO/CFO |
| Address [1] | 3000 marcus avenue |
| Address [2] | 2W15 |
| City, State, Zip | New Hyde Park, NY 11042 |

      . The undersigned hereby votes its claim in CLASS NO. __2A__*
                          [Write In Either Class 2A or 2B]
      The undersigned hereby:

      (    ) ACCEPTS the Plan            ( X ) REJECTS the Plan

1

*The LCF Group has objected to the Plan and reserves all rights, including but not limited to with regard to the Plan's classification of its claim.

Amount of Claim (or Shares): $ __178,430.00__

To have your vote count, a completed Ballot must actually be <u>received</u> by no later than **November 27, 2024** by:

Levene, Neale, Bender, Yoo & Golubchik L.L.P. (Attn: David Golubchik)
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYG.COM

**PLEASE TAKE NOTICE** that the following procedures apply with regard to Ballots:

1. The amount of the claim for the purposes of Ballot tabulation will be:

   a) For a claim identified in the Debtor's Schedules of Assets and Liabilities ("<u>Schedules</u>") as not contingent, not unliquidated, and not disputed, and that has not been disallowed, waived or withdrawn by order of the Court, stipulation or otherwise prior to the confirmation hearing, and for which no proof of claim has been filed timely, the claim amount as identified in the Schedules (the "<u>Scheduled Amount</u>");

   b) For a timely proof of claim that is filed in a specified liquidated amount and that is not the subject of an objection filed before the confirmation hearing and that has not been disallowed, waived or withdrawn by order of the Court, stipulation, or otherwise prior to the confirmation hearing, the specified liquidated amount in such proof of claim (the "<u>Liquidated Amount</u>"); and

   c) For a claim that is the subject of an objection to claim in whole or in part before the confirmation hearing, the undisputed amount, if any, of such claim, unless such claim is temporarily allowed under Bankruptcy Rule 3018(a).

2. If an entity submits a Ballot for a claim (i) for which there is no timely proof of claim filed and for which there is no corresponding Scheduled Amount, or (ii) which is the subject of an unresolved objection filed prior to the confirmation hearing, such Ballot will not be counted unless otherwise ordered by the Court.

3. Creditors that may have claims in more than one class under the Plan must submit separate Ballots for voting their claims in each such class. Any creditor that requires additional Ballot(s) may obtain additional Ballot(s) pursuant to the instructions set forth in the confirmation hearing notice. If a creditor uses one Ballot to vote claims in more than one class, such combined Ballot will not be counted.

4. If an entity casts more than one eligible Ballot with respect to the same claim before the Balloting deadline, the last Ballot received prior to that deadline shall supersede any prior Ballot(s) by such entity with respect to such claim.

5. Any Ballot that is incomplete or that is not received by the applicable deadline shall not be counted; provided, however, that any Ballot that is signed but that does not indicate an acceptance or rejection of the Plan shall be deemed to be a Ballot accepting the Plan.

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled: **Declaration Of David B. Golubchik In Support Of Debtor's Motion To Confirm "Debtor's First Amended Sub-Chapter V Plan Of Reorganization"** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 4, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- Todd S. Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- David B Golubchik    dbg@lnbyg.com, dbg@lnbyg.com
- Gaye N Heck    gheck@bbslaw.com
- Gregory Kent Jones (TR)    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- Alexandria Lattner    alattner@sheppardmullin.com, ehwalters@sheppardmullin.com
- Anne C Manalili    anne.manalili@sba.gov
- Yihan She    yas@lnbyg.com
- David Samuel Shevitz    David.S.Shevitz@usdoj.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On **December 4, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service list attached

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 4, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 4, 2024 | Rebecka Merritt | /s/ Rebecka Merritt |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                      **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing        (p)U.S. SMALL BUSINESS ADMINISTRATION    salesforce.com, inc.
0973-2                                  312 N SPRING ST 5TH FLOOR               Bialson, Bergen & Schwab
Case 2:24-bk-14882-BB                   LOS ANGELES CA 90012-4701               c/o Lawrence Schwab/Gaye N Heclk
Central District of California                                                  633 Menlo Ave
Los Angeles                                                                     Suite 100
Wed Dec  4 13:36:08 PST 2024                                                    Menlo Park, CA 94025-4711

Los Angeles Division                    Alorica Collections - UPS               American Express
255 East Temple Street,                 5161 California Ave                     PO Box 297879
Los Angeles, CA 90012-3332              Irvine, CA 92617-3086                   Fort Lauderdale, FL 33329-7879



American Express National Bank          Ampla, LLC                              BIALSON, BERGEN & SCHWAB,
c/o Becket and Lee LLP                  1239 Broadway, 12th Floor               a Professional Corporation
PO Box 3001                             New York, NY 10001-4336                 Gaye Nell Heck, Esq.
Malvern  PA 19355-0701                                                          830 Menlo Ave., Suite 201
                                                                                Menlo Park, CA 94025-4734


Bank of America, N.A.                   Capital One                             Capital One N.A.
Sheppard Mullin Richter & Hampton LLP   PO Box 30285                            by AIS InfoSource LP as agent
Attn: Michael T. Driscoll               Salt Lake City, UT 84130-0285           PO Box 71083
30 Rockefeller Center                                                           Charlotte, NC  28272-1083
New York, NY 10112-0079


(p)JPMORGAN CHASE BANK  N A             Children's Hospital of Los Angeles      Clearfund Solutions LLC
BANKRUPTCY MAIL INTAKE TEAM             General Fund Account                    99 Wall Street, Ste 2613
700 KANSAS LANE FLOOR 01                PO Box 740468                           New York, NY 10005-4301
MONROE LA 71203-4774                    Los Angeles, CA 90074-0468


Diana Berberian                         Divvy                                   Electronic Arts Inc.
13464 Albers St                         13707 S 200 W                           209 Redwood Shores Parkway
Sherman Oaks, CA 91401-5320             Ste 100                                 Redwood City, CA 94065-1175
                                        Draper, UT 84020-2443


Farmers National Bank                   Fedex                                   Fedex Freight
3615 Boardman Canfield Rd               Fedex Corporate Revenue Services        Fedex Corporate Revenue Services
Canfield, OH 44406-9009                 3965 Airways, Module G                  3965 Airways, Module G
                                        Memphis, TN 38116                       Memphis, TN 38116


(p)FIRST ENTERTAINMENT CREDIT UNION     Franchise Tax Board                     Franchise Tax Board
6735 FOREST LAWN DR                     Bankruptcy Section MS A340              Special Procedures
HOLLYWOOD CA 90068-1055                 PO Box 2952                             POB 2952
                                        Sacramento CA 95812-2952                Sacramento, CA 95812-2952


Glenn P, Berger                         Global Art Production                   Global Art Production SRL
Jaffe & Asher LLP                       13 Marasesti Square, Targu-Mures        Piata Marasesti 13
445 Hamilton Ave., Suite 405            Mures County, Romania 00054-0327        Mures
White Plains, NY 10601-1825                                                     Romania


Google                                  INTERNAL REVENUE SERVICE                (p)INTERNAL REVENUE SERVICE
1600 Amphitheatre Parkway               P.O. BOX 7346                           CENTRALIZED INSOLVENCY OPERATIONS
Mountain View, CA 94043-1351            PHILADELPHIA, PA 19101-7346             PO BOX 7346
                                                                                PHILADELPHIA PA 19101-7346
```

| | | |
|---|---|---|
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 | Metropolitan Warehouse & Delivery<br>960 High Street<br>Perth Amboy, NJ 08861-3086 |
| Michele Burke<br>248 Torrey Pines Terrace<br>Del Mar, CA 92014-3334 | Nextroll<br>2300 Harrison St.<br>San Francisco, CA 94110-2013 | PA Department of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0946 |
| Parker Group, Inc.<br>2261 MArket Street #4106<br>San Francisco, CA 94114-1612 | Parker Group, Inc.<br>Jaffe & Asher LLP<br>445 Hamilton Ave., Suite 405<br>White Plains, NY 10601-1825 | Paylpal, Inc<br>c/o American Coradius International<br>2420 Sweet Home Dr, #150<br>Buffalo, NY 14228-2244 |
| Pennsylvania Dept of Revenue<br>Harrisburg, PA 17128-2005 | Pinterest<br>651 Brannan St<br>San Francisco, CA 94107-1532 | Pinterest, Inc.<br>C/O BIALSON, BERGEN & SCHWAB<br>ATTN: LAWRENCE SCHWAB/GAYE HECK<br>830 MENLO AVE., SUITE 201<br>MENLO PARK, CA 94025-4734 |
| Porter Wright Morris & Arthur LLP<br>Attn: David Shouvlin, Esq.<br>41 . High St., Suites 2800-3200<br>Columbus, OH 43215 | RPM Expedite USA<br>601 Westport Pkwy Ste 400<br>Ste 400<br>Grapevine, TX 76051-6750 | RXO Freight Forwarding<br>11215 North Community House Road<br>Charlotte, NC 28277-4960 |
| Retail Ops<br>600 B St #2120, San Diego, CA 92101<br>Ste 2120<br>San Diego, CA 92101-4526 | Ronald Davison, Esq.<br>105 Eisenhower Pkwy<br>Roseland, NJ 07068-1640 | Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |
| Small Business Administration<br>14925 Kingsport Rd<br>Fort Worth, TX 76155-2243 | THE LCF GROUP, INC.<br>3000 Marcus Avenue<br>Suite 2W15<br>Lake Success, NY 11042-1005 | (p)THE KAPLAN GROUP  INC<br>154 ADDIE ST<br>PISMO BEACH CA 93449-2681 |
| U.S. Bank Trust National Association<br>c/o NewRez LLC d/b/a Shellpoint Mortgage<br>P.O. Box 10826<br>Greenville SC 29603-0826 | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Zions Bancorporation,N.A. dba Zions First Nt<br>c/o Buchalter, A Professional Corp<br>Attn:  Anthony J. Napolitano, Esq.<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA  90017-1730 |
| Zions First Natl Bank<br>PO Box 30709<br>Salt Lake City, UT 84130-0709 | David B Golubchik<br>Levene, Neale, Bender, Yoo & Golubchik L<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034-2618 | Erin Elizabeth Burke<br>6411 Ivarene Ave<br>Los Angeles, CA 90068-2823 |
| Gregory Kent Jones (TR)<br>Stradling Yocca Carlson & Rauth<br>10100 N. Santa Monica Blvd., Suite 1400<br>Los Angeles, CA 90067-4140 | Yihan She<br>Levene Neale Bender Yoo & Golubchik, LLP<br>2818 La Cienega Ave<br>Los Angeles, CA 90034-2618 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| U.S. Small Business Administration<br>Office of General Counsel<br>312 N Spring St, 5th Floor<br>Los Angeles, CA 90012 | Chase Cardmember Services<br>PO Box 6294<br>Carol Stream, IL 60197-6294 | First Entertainment Credit Union<br>Attn: Mercy Andrade<br>6735 Forest Lawn Drive<br>Hollywood, CA  90068 |
| Internal Revenue Service<br>Insolvency I Stop 5022<br>300 N. Los Angeles St., #4062<br>Los Angeles, CA 90012-9903 | Los Angeles County Tax Collector<br>P.O. Box 54018<br>Los Angeles, CA 90054-0018 | The Kaplan Group, Inc.<br>154 Addie St.<br>Pismo Beach, CA 93449 |


(d)U.S. Small Business Administration
Office of General Counsel - LADO
312 North Spring Street, Floor 5
Los Angeles, CA 90012


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Armory Consulting Co. | (u)BANK OF AMERICA, N.A. | (u)Courtesy NEF |
| (u)Levene, Neale, Bender, Yoo & Golubchik L.L | (u)Merrill Lynch, Pierce, Fenner & Smith, Inc | (u)The LCF Group, Inc. |
| (u)U.S. Bank Trust National Association, not | End of Label Matrix<br>Mailable recipients    58<br>Bypassed recipients     7<br>Total                  65 | |