GREGORY K. JONES, State Bar No. 181072
gjones@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
10100 N. Santa Monica Blvd., Suite 1450
Los Angeles, CA 90067
Telephone: (424) 214-7000
Facsimile: (424) 214-7010

Subchapter V Trustee for
Erin Elizabeth Burke

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DIVISION OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Erin Elizabeth Burke,<br><br>          Debtor. | CASE NO. 2:24-bk-14882-BB<br><br>Chapter 11<br>Subchapter V<br><br>**SUBCHAPTER V TRUSTEE'S STATEMENT REGARDING DEBTOR'S FIRST AMENDED SUBCHAPTER V PLAN OF REORGANIZATION**<br><br><u>Hearing Date:</u><br><br>Date: December 11, 2024<br>Time: 11:00 a.m.<br>Place: Courtroom 1539<br>       U.S. Bankruptcy Court<br>       255 E. Temple Street<br>       Los Angeles, CA 90012 |

1. Gregory K. Jones, Subchapter V Trustee in the above-captioned chapter 11 case (the "Trustee"), hereby provides this statement with respect to the "Debtor's First Amended Subchapter V Plan of Reorganization" (the "Amended Plan") [Docket No. 60] filed by Erin Elizabeth Burke, debtor and debtor in possession herein (the "Debtor").

## STATEMENT

Two Plan objections (collectively, the "Objections") have been filed:

(1) the "Objection to First Amended Subchapter V Plan" [Docket No. 63], filed by The LCF Group, Inc. ("LCF"), and

(2) the "Objection to Debtor's Amended Sub V Chapter 11 Plan" [Docket No. 64], filed by U.S. Bank Trust National Association, solely as trustee ("U.S. Bank").

The Trustee believes that many of the issues raised in the Objections can potentially be resolved prior to the hearing on confirmation of the Amended Plan. To that end, the Trustee has reached out to counsel for the Debtor, LCF, and U.S. Bank to attempt to facilitate a settlement, and will continue to do so until December 11, 2024.

DATED: December 4, 2024

STRADLING YOCCA CARLSON & RAUTH LLP

By: /s/ Gregory K. Jones
Gregory K. Jones
Subchapter V Trustee

-1-

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
LOS ANGELES

4913-1537-0243v1/106235-0112

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 N. Santa Monica Boulevard, Suite 1450, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (specify):  Subchapter V Trustee's Statement Regarding Debtor's First Amended Subchapter V Plan of Reorganization
will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 12**/4/2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   See Attached Service List

[ X ] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY. OVERNIGHT MAIL. FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 12/4/2024 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDERAL EXPRESS**
The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

[]Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/4/2024 | Suzanne Johnson | /s/ Suzanne Johnson |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

## **_SERVICE LIST_**

***2:24-bk-14882-BB Notice will be electronically mailed to:***

*Leslie A Cohen on behalf of Creditor The LCF Group, Inc.*
*leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com*

*Todd S. Garan on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of GS Mortgage-Backed Securities Trust 2023-PJ3*
*ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com*

*Todd S. Garan on behalf of Interested Party Courtesy NEF*
*ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com*

*David B Golubchik on behalf of Debtor Erin Elizabeth Burke*
*dbg@lnbyg.com, dbg@lnbyg.com*

*Gaye N Heck on behalf of Creditor salesforce.com, inc.*
*gheck@bbslaw.com*

*Gregory Kent Jones (TR)*
*gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com*

*Alexandria Lattner on behalf of Creditor BANK OF AMERICA, N.A.*
*alattner@sheppardmullin.com, ehwalters@sheppardmullin.com*

*Alexandria Lattner on behalf of Creditor Merrill Lynch, Pierce, Fenner & Smith, Inc.*
*alattner@sheppardmullin.com, ehwalters@sheppardmullin.com*

*Anne C Manalili on behalf of Creditor U.S. Small Business Administration*
*anne.manalili@sba.gov*

*Yihan She on behalf of Attorney Levene, Neale, Bender, Yoo & Golubchik L.L.P.*
*yas@lnbyg.com*

*Yihan She on behalf of Debtor Erin Elizabeth Burke*
*yas@lnbyg.com*

*David Samuel Shevitz on behalf of U.S. Trustee United States Trustee (LA)*
*David.S.Shevitz@usdoj.gov*

*United States Trustee (LA)*
*ustpregion16.la.ecf@usdoj.gov*