# United States Bankruptcy Court
## Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

## NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

**DEBTOR(S) INFORMATION:**
Erin Elizabeth Burke
**SSN:** xxx–xx–5099
**EIN:** N/A

6411 Ivarene Ave
Los Angeles, CA 90068

**BANKRUPTCY NO.** 2:24–bk–14882–BB
**CHAPTER** 11

Notice is hereby given of the entry of an order of this Court confirming a chapter 11 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: December 16, 2024

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc11pln rev. 12/20) VAN–50

**80 / AUTU**