DAVID B. GOLUBCHIK (SBN 185520)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: dbg@lnbyb.com

Attorneys for Reorganized Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>ERIN ELIZABETH BURKE,<br><br>　　　　Reorganized Debtor. | Case No. 2:24-BK-14882-BB<br><br>Chapter 11<br><br>**RESPONSE TO PINTEREST'S OPPOSITION TO DEBTOR'S MOTION OBJECTING TO CERTAIN PROOFS OF CLAIM**<br><br>Hearing:<br>Date:　　January 15, 2025<br>Time:　　10:00 a.m.<br>Courtroom:　1539<br>Place: 255 E. Temple Street<br>　　　　Los Angeles, CA 90012 |

　　　Erin Elizabeth Burke, the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case (the "Debtor"), hereby files her Response to Pinterest's Opposition to Debtor's Motion (the "Motion") for an order disallowing Pinterest's proof of claim.

-1-

As set forth in the Motion, Pinterest's claim is one against Burke Décor LLC and not the Debtor. All documents in support of the claim evidence that the Debtor is not an obligor to Pinterest. Pinterest's argument in opposition to the Motion is that the Debtor is an alter ego of Burke Décor LLC based on a complaint filed by Ampla against the Debtor. This argument fails for numerous reasons:

1. A complaint is not evidence and no evidence has been provided by Pinterest in support of its position;

2. To assert a claim that the Debtor is an alter ego of Burke Décor LLC, Pinterest would have to bring an action against Burke Décor LLC, which it has not; and

3. Importantly, the Ampla complaint has been dismissed, as evidenced by **Exhibit "A"**[1] hereto.

At this time, there is no action by any party against the Debtor asserting alter ego, with the Ampla complaint being dismissed. Moreover, in light of the fact that the Debtor set forth a *prima facia* case for disallowance of Pinterest's claim against the Debtor, the burden shifts to Pinterest to provide evidence to the contrary. Pinterest has failed to do so, thereby failing to meet its burden.

**WHEREFORE**, based on the foregoing, the Debtor respectively requests that the Court (a) overrule the Opposition; (b) disallow Pinterest's claim in its entirety; and (c) grant such further and additional relief as the Court deems just and proper.

Dated: January 8, 2025
　　　　　　　　　　　　　　　　　　LEVENE, NEALE, BENDER, YOO &
　　　　　　　　　　　　　　　　　　　　GOLUBCHIK L.L.P.

　　　　　　　　　　　　　　　　　　By:　*/s/ David B. Golubchik*
　　　　　　　　　　　　　　　　　　　　DAVID B. GOLUBCHIK
　　　　　　　　　　　　　　　　　　　　Attorneys for Reorganized Debtor

---

[1] Debtor respectively requests that the Court take judicial notice of the filed dismissal, the original of which is on file with the District Court for the Northern District of Ohio.

**EXHIBIT A**

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| AMPLA, LLC, ) | |
| ) | CASE NO. 4:24-cv-00869 |
| Plaintiff, ) | |
| ) | JUDGE BENITA Y. PEARSON |
| vs. ) | |
| ) | **STIPULATED DISMISSAL** |
| BURKE DECOR, LLC, *et al.*, ) | **WITHOUT PREJUDICE** |
| ) | |
| Defendants. ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Ampla, LLC ("Ampla"), Defendants Erin Burke, Burke Decor, LLC, Au Marche, LLC, and Furnishings LA, LLC (the "Burke Defendants"), and Defendant Small Business Administration stipulate that this matter be DISMISSED WITHOUT PREJUDICE. The Parties shall pay their own costs, expenses, and legal fees.

Respectfully Submitted,

| | |
|---|---|
| PORTER, WRIGHT, MORRIS & ARTHUR LLP | McDonald Hopkins LLC |
| /s/ *McDaniel M. Kelly* | /s/ *Richard H. Blake* (telephone consent) |
| David P. Shouvlin (0066154) | Richard H. Blake (0083374) |
| 41 S. High Street, Suite 3100 | 600 Superior Avenue East, Suite 2100 |
| Columbus, OH 43215 | Cleveland, OH 44114 |
| 614.227.2045 | Telephone: (216) 348-5400 |
| 614.227.2100 (fax) | Facsimile: (216) 348-5474 |
| dshouvlin@porterwright.com | E-mail: rblake@mcdonaldhopkins.com |
| | *Attorney for Defendants Burke Decor LLC,* |
| McDaniel M. Kelly (0097628) | *Au Marche LLC, and Furnishings LA, LLC* |
| 950 Main Ave, Suite 500 | |
| Cleveland, OH 44113 | /s/ G. J. Rojas  10/18/24 |
| 216.443.2538 | Guillermo J. Rojas (0069882) |
| 216.443.9011 | Assistant United States Attorney |
| mkelly@porterwright.com | Four Seagate, Suite 308 |
| | Toledo, OH 43604-2624 |
| *Attorneys for Plaintiff, Ampla, LLC* | Voice: (419) 259-6376 |
| | Fax: (419) 259-6360 |
| | Guillermo.Rojas@usdoj.gov |
| | *Attorney for Defendant Small Business* |
| | *Administration* |

24273778

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed electronically through the Court's ECF system on October 22, 2024, and that a Notice of Electronic Filing will be sent to counsel of record for all parties through the Court's electronic system.

/s/ *McDaniel M. Kelly*
*One of the Attorneys for Plaintiff*

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled: **Response To Pinterest's Opposition To Debtor's Motion Objecting To Certain Proofs Of Claim** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 8, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- Todd S. Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- David B Golubchik    dbg@lnbyg.com, dbg@lnbyg.com
- Gaye N Heck    gheck@bbslaw.com
- Gregory Kent Jones (TR)    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- Alexandria Lattner    alattner@sheppardmullin.com, ehwalters@sheppardmullin.com
- Anne C Manalili    anne.manalili@sba.gov
- Jessica G McKinlay    jessica@bbslaw.com
- Yihan She    yas@lnbyg.com
- David Samuel Shevitz    David.S.Shevitz@usdoj.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **January 8, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service list attached

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 8, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 8, 2025 | Rebecka Merritt | /s/ Rebecka Merritt |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE