**Fill in this information to identify the case:**

Debtor Name: __Erin Burke__

United States Bankruptcy Court for the: __Central District of California__

Case number: __24-14882__

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: __December__    Date report filed: __02/27/2025__ MM/DD/YYYY

Line of business: __individual__    NAISC code: __**************__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: __Erin Burke__

Original signature of responsible party __/s/__

Printed name of responsible party __Erin Burke__

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*. | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*. | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☑ |

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 1

Debtor Name  Erin Burke                                          Case number 24-14882

| | | | | |
|---|---|---|---|---|
| 17. | Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 4,218.54

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 28,453.52

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    – $ 11,678.04

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 16,775.48

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 20,994.02

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0.00

    *(Exhibit E)*

Debtor Name **Erin Burke**     Case number **24-14882**

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**     $ __0.00__

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?     __0__
27. What is the number of employees as of the date of this monthly report?     __0__

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ __0.00__
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ __0.00__
30. How much have you paid this month in other professional fees?     $ __0.00__
31. How much have you paid in total other professional fees since filing the case?     $ __0.00__

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 41,157.00 | — | $ 28,453.00 | = | $ 12,704.00 |
| 33. **Cash disbursements** | $ 35,082.00 | — | $ 11,678.00 | = | $ 23,404.00 |
| 34. **Net cash flow** | $ 6,076.00 | — | $ 16,775.00 | = | $ -10,700.00 |

35. Total projected cash receipts for the next month:     $ 41,157.00
36. Total projected cash disbursements for the next month:     - $ 35,082.00
37. Total projected net cash flow for the next month:     = $ 6,076.00

Debtor Name  Erin Burke                                          Case number 24-14882

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [x] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.

**Erin Burke**
**Notes Relating to the Supporting Documentation**
**December 2024**

| Schedule | Notes |
|---|---|
| 1. Questionnaire | N/A |
| 2. Summary of Cash Activity | Attached |
| 3. Unpaid Bills | N/A |
| 4. Money Owed to Debtor | N/A |
| 5. Employees | N/A |
| 6. Professional Fees | N/A |
| 7. Projections | Attached |
| 8. Additional Info (bank statements) | Attached |

# 1. Questionnaire

n/a

# 2. Summary of Cash Activity

Case 2:24-bk-14882-BB    Doc 114    Filed 03/03/25    Entered 03/03/25 12:27:00    Desc
Main Document    Page 8 of 20

**Erin Burke**
**Cash Receipts by Account**
**December 2024**

| | | | | Receipts | | | |
|---|---|---|---|---|---|---|---|
| Acct | Date | Payor | Memo | Revenue | Interest | Other | Total |
| EWB 9964 DIP | 12/02/2024 | AMTRAK | Refund | | | 76.50 | 76.50 |
| EWB 9964 DIP | 12/05/2024 | ELSIE LAU | | 365.00 | | | 365.00 [1] |
| EWB 9964 DIP | 12/09/2024 | BURKE DECOR | | 2,500.00 | | | 2,500.00 [2] |
| EWB 9964 DIP | 12/13/2024 | TRUCK WORLD INC PAYROLL | | 2,828.73 | | | 2,828.73 |
| EWB 9964 DIP | 12/16/2024 | BURKE DECOR | | 2,000.00 | | | 2,000.00 |
| EWB 9964 DIP | 12/18/2024 | YAMILETE E CHEVERR | | 600.00 | | | 600.00 [1] |
| EWB 9964 DIP | 12/27/2024 | TRUCK WORLD INC PAYROLL | | 1,957.29 | | | 1,957.29 |
| EWB 9964 DIP | 12/30/2024 | Christmas Gift | | 18,000.00 | | | 18,000.00 |
| EWB 9964 DIP | 12/30/2024 | AMERICAN GIRL RETAIL | Refund | | | 126.00 | 126.00 |
| EWB 9964 DIP | | | | | | | - |
| **EWB 9964 DIP - Total** | | | | **28,251.02** | **-** | **202.50** | **28,453.52** |
| | | | | | | | - |
| **Axos 3112 (Pre-Petition) Total** | | | | **-** | **-** | **-** | **-** |
| | | | | | | | |
| **Total Cash Receipts** | | | | **28,251.02** | **-** | **202.50** | **28,453.52** |
| | | | | | **28,453.52** | | |

[1] Debtor provides interior decorating consulting services.
[2] Reimbursements to Debtor for out of pocket business expenses.

**Erin Burke**
**Disbursement Detail**
**December 2024**

| Date | Transaction Type | Payee / Payor | Purpose | Amount Debit |
|---|---|---|---|---|
| 12/02/2024 | POS PURCHASE | PURDY TREE FARMS | Groceries / Household | 193.58 |
| 12/02/2024 | POS PURCHASE | WEB NETWORKSOLUTIONS | Business | 102.51 |
| 12/02/2024 | POS PURCHASE | INSTACART | Groceries / Household | 98.61 |
| 12/02/2024 | POS PURCHASE | APPLE CASH SENT MONEY | Misc | 88.00 |
| 12/02/2024 | POS PURCHASE | HYATT REGENCY PITTSBURGH | Food / Dining | 52.45 |
| 12/02/2024 | POS PURCHASE | PIT BEERCODE | Food / Dining | 47.44 |
| 12/02/2024 | POS PURCHASE | HOLLYWOOD MARKET | Groceries / Household | 34.20 |
| 12/02/2024 | POS PURCHASE | J J FARMERS | Groceries / Household | 29.00 |
| 12/02/2024 | POS PURCHASE | LAZ PARKING | Auto / Transportation | 25.00 |
| 12/02/2024 | POS PURCHASE | LAZ PARKING | Auto / Transportation | 4.00 |
| 12/02/2024 | POS PURCHASE | AMAZON MKTPL | Personal | 2.99 |
| 12/02/2024 | POS PURCHASE | EATALY LA CATAPULT LOS ANGEL CA | Food / Dining | 689.66 |
| 12/02/2024 | POS PURCHASE | EATALY LA CATAPULT LOS ANGEL CA | Food / Dining | 16.33 |
| 12/02/2024 | Zelle | ASHELY WEST SIDE | Clothing | 680.00 |
| 12/02/2024 | Zelle | MUSCLE MOVERS CHRI | Health / Medical | 400.00 |
| 12/03/2024 | POS PURCHASE | Prime Video Channe | Entertainment | 12.99 |
| 12/03/2024 | POS PURCHASE | LAZ PARKING | Auto / Transportation | 12.00 |
| 12/04/2024 | POS PURCHASE | Prime Video Channe | Entertainment | 9.99 |
| 12/05/2024 | POS PURCHASE | GELSON'S MARKETS | Groceries / Household | 99.54 |
| 12/05/2024 | POS PURCHASE | MARSHALLS #0433 STUDIO CI CA | Clothing | 122.52 |
| 12/05/2024 | POS PURCHASE | URBAN OUTFITTERS | Clothing | 118.97 |
| 12/05/2024 | POS PURCHASE | MICHAELS S STUDIO CI CA | Clothing | 36.08 |
| 12/05/2024 | POS PURCHASE | CVS/PHARMACY | Health / Medical | 31.23 |
| 12/05/2024 | POS PURCHASE | CVS/PHARMACY | Health / Medical | 1.94 |
| 12/06/2024 | POS PURCHASE | DERMATOLOGY AND LASER | Health / Medical | 450.00 |
| 12/06/2024 | POS PURCHASE | UBER EATS HELP UBER | Food / Dining | 79.46 |
| 12/06/2024 | POS PURCHASE | THE OAKS SCHOOL | Education | 29.81 |
| 12/06/2024 | POS PURCHASE | AMAZON MKTPL | Personal | 18.80 |
| 12/06/2024 | POS PURCHASE | GELSON'S MARKETS | Groceries / Household | 98.18 |
| 12/06/2024 | POS PURCHASE | GELSON'S MARKETS | Groceries / Household | 41.55 |
| 12/09/2024 | POS PURCHASE | EINSTEIN BROS BAGELS | Food / Dining | 22.47 |
| 12/09/2024 | POS PURCHASE | JAG Gym | Health / Medical | 17.64 |
| 12/09/2024 | POS PURCHASE | FREDERICK CLEANERS | Personal | 211.15 |
| 12/09/2024 | SERVICE CHARGE | WIRE TRANS-IN | Fee - Financial Services | 10.00 |
| 12/10/2024 | POS PURCHASE | BLOOMBERG | Business | 19.99 |
| 12/10/2024 | POS PURCHASE | Prime Video | Entertainment | 19.34 |
| 12/10/2024 | POS PURCHASE | STARBUCKS | Food / Dining | 17.85 |
| 12/11/2024 | POS PURCHASE | J CREW FACTORY | Clothing | 169.73 |
| 12/11/2024 | POS PURCHASE | PAVILIONS | Groceries / Household | 14.90 |
| 12/11/2024 | POS PURCHASE | Prime Video Channe | Entertainment | 4.99 |
| 12/12/2024 | POS PURCHASE | MEN124 MENCHIES UNIVER ENCINO | Food / Dining | 19.16 |
| 12/12/2024 | POS PURCHASE | E.L.F. | Personal | 209.10 |

| Date | Type | Description | Category | Amount |
|---|---|---|---|---|
| 12/12/2024 | POS PURCHASE | SHELL SERVICE STATION | Auto / Transportation | 10.58 |
| 12/13/2024 | POS PURCHASE | WAX MELROSE | Health / Medical | 110.00 |
| 12/16/2024 | POS PURCHASE | KATSUYA SUSHI | Food / Dining | 150.00 |
| 12/16/2024 | POS PURCHASE | KATSUYA SUSHI | Food / Dining | 124.60 |
| 12/16/2024 | POS PURCHASE | INSTACART | Groceries / Household | 123.07 |
| 12/16/2024 | POS PURCHASE | WWP WESTERN EXTERMINATOR | Maintenance | 67.20 |
| 12/16/2024 | POS PURCHASE | FRESHLUNCHES | Food / Dining | 31.90 |
| 12/16/2024 | POS PURCHASE | LEE FARMS REEDLEY | Groceries / Household | 30.98 |
| 12/16/2024 | POS PURCHASE | FRUITLADY ARNETTFARM | Groceries / Household | 20.00 |
| 12/16/2024 | POS PURCHASE | EINSTEIN BROS BAGELS | Food / Dining | 19.06 |
| 12/16/2024 | POS PURCHASE | AMAZON MKTPL | Personal | 16.30 |
| 12/16/2024 | POS PURCHASE | TARGET COM | Groceries / Household | 13.90 |
| 12/16/2024 | POS PURCHASE | JAG Gym | Health / Medical | 5.51 |
| 12/16/2024 | POS PURCHASE | LADOT METER PARKING | Auto / Transportation | 1.00 |
| 12/16/2024 | POS PURCHASE | TARGET STORE T2479 LOS ANGEL CA | Groceries / Household | 99.34 |
| 12/16/2024 | POS PURCHASE | GELSON'S MARKETS | Groceries / Household | 48.73 |
| 12/16/2024 | ATM WITHDRAW | Erin Burke | Personal | 103.99 |
| 12/16/2024 | Zelle | LYNDSIE PAYNE | Misc | 1,900.00 |
| 12/16/2024 | SERVICE CHARGE | WIRE TRANS-IN | Fee - Financial Services | 10.00 |
| 12/18/2024 | POS PURCHASE | MONSIEUR MARCEL GOURMET | Groceries / Household | 90.14 |
| 12/18/2024 | POS PURCHASE | MONSIEUR MARCEL BIST | Food / Dining | 55.60 |
| 12/18/2024 | POS PURCHASE | Prime Video Channe | Entertainment | 8.99 |
| 12/18/2024 | POS PURCHASE | NEW YORK MAGAZINE NYMAG COM | Entertainment | 4.00 |
| 12/19/2024 | POS PURCHASE | EINSTEIN BROS BAGELS | Food / Dining | 16.91 |
| 12/20/2024 | POS PURCHASE | BLANCO PARKING CORP | Auto / Transportation | 21.00 |
| 12/20/2024 | POS PURCHASE | Prime Video | Entertainment | 14.99 |
| 12/20/2024 | POS PURCHASE | BRISTOL FARMS | Groceries / Household | 32.40 |
| 12/23/2024 | POS PURCHASE | AMERICAN GIRL RETAIL | Clothing | 126.00 |
| 12/23/2024 | POS PURCHASE | BLICK ART | Business | 108.30 |
| 12/23/2024 | POS PURCHASE | BRIGANTINE DEL MAR | Food / Dining | 61.94 |
| 12/23/2024 | POS PURCHASE | AMAZON MKTPL | Personal | 46.75 |
| 12/23/2024 | POS PURCHASE | VZWRLSS APOCC VISW | Utility | 32.13 |
| 12/23/2024 | POS PURCHASE | BRIGANTINE DEL MAR | Food / Dining | 26.15 |
| 12/23/2024 | POS PURCHASE | FRESHLUNCHES | Food / Dining | 15.95 |
| 12/23/2024 | POS PURCHASE | FRESHLUNCHES | Food / Dining | 15.95 |
| 12/23/2024 | POS PURCHASE | UBER ONE HELP | Auto / Transportation | 9.99 |
| 12/23/2024 | A2A PMT DEBIT | NETFLIX.COM | Entertainment | 22.99 |
| 12/24/2024 | POS PURCHASE | STARBUCKS | Food / Dining | 23.85 |
| 12/24/2024 | POS PURCHASE | Amazon Prime | Entertainment | 16.41 |
| 12/24/2024 | POS PURCHASE | EATALY LA CATAPULT LOS ANGEL CA | Food / Dining | 365.73 |
| 12/24/2024 | POS PURCHASE | BRISTOL FARMS | Groceries / Household | 177.04 |
| 12/24/2024 | POS PURCHASE | EATALY LA CATAPULT LOS ANGEL CA | Food / Dining | 142.30 |
| 12/24/2024 | POS PURCHASE | FLOWERS WHOLESALE | Personal | 112.46 |
| 12/26/2024 | PREAUTH DEBIT | California FAIR | Insurance | 1,332.77 |
| 12/26/2024 | POS PURCHASE | SHOPIFY | Business | 112.88 |
| 12/26/2024 | POS PURCHASE | LAZ PARKING | Auto / Transportation | 4.00 |
| 12/26/2024 | POS PURCHASE | CVS/PHARMACY | Health / Medical | 102.76 |

| Date | Type | Description | Category | Amount |
|---|---|---|---|---:|
| 12/27/2024 | POS PURCHASE | JAG Gym | Health / Medical | 667.00 |
| 12/27/2024 | POS PURCHASE | GELSON'S MARKETS | Groceries / Household | 201.82 |
| 12/27/2024 | POS PURCHASE | SEES CANDY | Food / Dining | 88.30 |
| 12/30/2024 | POS PURCHASE | BUSHFIRE KITCHEN | Food / Dining | 66.28 |
| 12/30/2024 | POS PURCHASE | BUSHFIRE KITCHEN | Food / Dining | 26.94 |
| 12/30/2024 | POS PURCHASE | GOODRX GOLD | Health / Medical | 9.99 |
| 12/30/2024 | POS PURCHASE | Patreon Membership | Entertainment | 6.45 |
| 12/30/2024 | POS PURCHASE | AMAZON PRIME | Entertainment | 2.99 |
| 12/30/2024 | POS PURCHASE | TRADER JOE'S | Groceries / Household | 111.59 |
| 12/30/2024 | ATM WITHDRAWAL | Erin Burke | Personal | 103.99 |
| 12/31/2024 | POS PURCHASE | DERMATOLOGY AND LASER | Health / Medical | 43.00 |
| | | | | 11,678.04 |

**Erin Burke**
**Summary of Cash Flows**

|  | December 2024 |
|---|---:|
| Axos 3112 (Pre-Petition) | $ - |
| Chase 2301 (Pre-Petition) | - |
| EWB 9964 DIP | 28,251.02 |
| **Total Receipts** | **28,251.02** |
| Auto / Transportation | 87.57 |
| Office | 343.68 [1] |
| Clothing | 1,253.30 |
| Dues & Subscriptions | - |
| Education | 29.81 |
| Entertainment | 124.13 |
| Fee - Financial Services | 20.00 |
| Food/ Dining | 2,176.28 |
| Gov't Fee,Permit,Tax, etc. | - |
| Groceries / Household | 1,558.57 |
| Health / Medical | 1,839.07 |
| Household Wages & Taxes |  |
| Insurance | 1,332.77 |
| Loan Repayment |  |
| Maintenance/ Repair | 67.20 |
| Misc. | 1,988.00 |
| Mortgage Payment | - |
| Personal | 825.53 |
| Travel | - |
| Utilities | 32.13 |
| **Total Disbursements** | **11,678.04** |
| **Net Income** | **$ 16,572.98** |

[1] Debtor is reimbursed by Burke Décor for certain out of pocket business expenses. See Receipts and Disbursements tabs.

# 7. Projections/ Actuals

**Erin Burke**
**Monthly Budget**

|  | Dec-24 | Actual | Variance |
|---|---:|---:|---:|
| Wages- BD | 25,000 | 4,500 | (20,500) |
| Wages- TW | 5,657 | 22,786 | 17,129 |
| Partner's Income | 500 |  | (500) |
| Other | 10,000 | 1,168 | (8,833) |
| Total Income | 41,157 | 28,454 | (12,704) |
| Home Mortgage | 22,332 |  | (22,332) |
| Utilities | 1,250 | 32 | (1,218) |
| Education, Child |  | 124 | 124 |
| Child Activities | 1,000 | 1,253 | 253 |
| Food- Groceries & Dining | 4,000 | 3,735 | (265) |
| Housekeeping/ Pool/ Gardening | 1,500 |  | (1,500) |
| Travel & Entertainment | 1,500 | 124 | (1,376) |
| Household Supplies | 1,500 | 2,807 | 1,307 |
| Maintenance/ Repairs | 1,000 |  | (1,000) |
| Auto | 750 | 88 | (662) |
| Subscriptions | 250 |  | (250) |
| Other- BD-paid (insur, auto) |  | 3,516 | 3,516 |
| Total Expenses | 35,082 | 11,678 | (23,404) |
| Net Disposable Income | $ 6,076 | $ 16,775 | $ 10,700 |

# EASTWEST BANK  Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page 1 of 6
STARTING DATE: December 01, 2024
ENDING DATE: December 31, 2024
Total days in statement period: 31

9964
( 0)

ERIN ELIZABETH BURKE
CHAPTER 11 DEBTOR IN POSSESSION
CASE #24-14882
6411 IVARENE AVE
LOS ANGELES CA  90068-2823

Stay alert for financial scams. If you receive an email, text, or call from someone unknown about receiving or sending money for inheritance, charities, or anything similar, do not respond or share your personal information.

## East West Value Checking

| | | | |
|---|---|---|---|
| Account number | 9964 | Beginning balance | $4,218.54 |
| Low balance | $1,033.21 | Total additions ( 9) | 28,453.52 |
| Average balance | $4,665.36 | Total subtractions ( 100) | 11,678.04 |
| | | Ending balance | $20,994.02 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 12-02 | POS Refund | MERCHANT REFUND TERMINAL 494144 AMTRAK COM 329061 300387WASHINGTO DC XXXXXXXXXXXX1665 SEQ # 433573022357 | 76.50 |
| | 12-05 | Account Credit | ZELLE ELSIE LAU EAST WEST BANK 88662 135 N LOS ROBLES A | 365.00 |
| | 12-09 | Wire Trans-IN | 36cf204f-4690-493e -8e72-646643405d54 BURKE DECOR, LLC 021000021 /ROC/BPL OF 24/12/ 09 | 2,500.00 |
| | 12-13 | Pre-Auth Credit | TRUCK WORLD INC PAYROLL 241213 | 2,828.73 |
| | 12-16 | Wire Trans-IN | be473fa5-14de-4d40 -b525-f365819885ac BURKE DECOR, LLC 021000021 /ROC/BPL OF 24/12/ 16 | 2,000.00 |
| | 12-18 | Account Credit | ZELLE YAMILET E E CHEVERR EAST WEST BANK 88662 135 N LOS ROBLES A | 600.00 |
| | 12-27 | Pre-Auth Credit | TRUCK WORLD INC PAYROLL 241227 | 1,957.29 |
| | 12-30 | POS Refund | MERCHANT REFUND TERMINAL 406466 AMERICAN GIRL RETA IL HTTPSWWW WI XXXXXXXXXXXX1665 SEQ # 436229000002 | 126.00 |
| | 12-30 | Mobile Check DE | | 18,000.00 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 12-02 | Account Debit | ZELLE MUSCLE MOVE RS CHRI EAST WEST BANK 88662 135 N LOS ROBLES A | 400.00 |
| 12-02 | Account Debit | ZELLE ASHELY WEST SIDE EAST WEST BANK 88662 135 N LOS ROBLES A | 680.00 |
| 12-02 | POS Purchase | POS PURCHASE TERMINAL 41272601 EATALY LA CATAPULT LOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 000000430377 | 16.33 |
| 12-02 | POS Purchase | POS PURCHASE TERMINAL 41272601 EATALY LA CATAPULT LOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 000000379473 | 689.66 |

3409    rev 05-16

# EastWest Bank
*Your financial bridge®*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

ERIN ELIZABETH BURKE

ACCOUNT STATEMENT
Page 2 of 6
STARTING DATE: December 01, 2024
ENDING DATE: December 31, 2024
▇▇▇▇9964

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 12-02 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 AMAZON PRIME Z33DK 97U0 amzn com WA XXXXXXXXXXXX1665 SEQ # 433425105811 | 2.99 |
| 12-02 | POS Purchase | MERCHANT PURCHASE TERMINAL 405522 LAZ PARKING M17880 SKI LOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 433626167759 | 4.00 |
| 12-02 | POS Purchase | MERCHANT PURCHASE TERMINAL 405522 LAZ PARKING M14609 3 DELMAR CA XXXXXXXXXXXX1665 SEQ # 433522166745 | 25.00 |
| 12-02 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 SQ J J FARMERS Los Angel CA XXXXXXXXXXXX1665 SEQ # 433629107677 | 29.00 |
| 12-02 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 SQ HOLLYWOOD MARK ET Bakersfie CA XXXXXXXXXXXX1665 SEQ # 433628107683 | 34.20 |
| 12-02 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 PIT BEERCODE PITTSBURG PA XXXXXXXXXXXX1665 SEQ # 433426105348 | 47.44 |
| 12-02 | POS Purchase | MERCHANT PURCHASE TERMINAL 494300 HYATT REGENCY PITT SBURGHPITTSBURG PA XXXXXXXXXXXX1665 SEQ # 433421102204 | 52.45 |
| 12-02 | POS Purchase | MERCHANT PURCHASE TERMINAL 405523 APPLE CASH SENT MO NEY 1INFINITE CA XXXXXXXXXXXX1665 SEQ # 433621167858 | 88.00 |
| 12-02 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 IC INSTACART HTTPSINST CA XXXXXXXXXXXX1665 SEQ # 433629000101 | 98.61 |
| 12-02 | POS Purchase | MERCHANT PURCHASE TERMINAL 490641 WEB NETWORKSOLUTIO NS 888 64296 FL XXXXXXXXXXXX1665 SEQ # 433523215416 | 102.51 |
| 12-02 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 SQ PURDY TREE FAR MS Mount Ang OR XXXXXXXXXXXX1665 SEQ # 433424105842 | 193.58 |
| 12-03 | POS Purchase | MERCHANT PURCHASE TERMINAL 405522 LAZ PARKING L17908 FLASHHOLLYWOOD CA XXXXXXXXXXXX1665 SEQ # 433729169060 | 12.00 |
| 12-03 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 Prime Video Channe ls amzn com WA XXXXXXXXXXXX1665 SEQ # 433822108951 | 12.99 |
| 12-04 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 Prime Video Channe ls amzn com WA XXXXXXXXXXXX1665 SEQ # 433923100039 | 9.99 |
| 12-05 | POS Purchase | POS PURCHASE TERMINAL 99999999 CVS/PHARMACY #09 0 9527--STUDIO CI CA XXXXXXXXXXXX1665 SEQ # 434100107109 | 1.94 |
| 12-05 | POS Purchase | POS PURCHASE TERMINAL 30952705 CVS/PHARMACY #0952 7 STUDIO CI CA XXXXXXXXXXXX1665 SEQ # 033614 | 31.23 |
| 12-05 | POS Purchase | POS PURCHASE TERMINAL 152 MICHAELS S STUDIO CI CA XXXXXXXXXXXX1665 SEQ # 000000368776 | 36.08 |
| 12-05 | POS Purchase | POS PURCHASE TERMINAL 99999999 URBAN OUTFITTERS 1 2110 VSTUDIO CI CA XXXXXXXXXXXX1665 SEQ # 434022116110 | 118.97 |
| 12-05 | POS Purchase | POS PURCHASE TERMINAL 32807002 MARSHALLS #0433 STUDIO CI CA XXXXXXXXXXXX1665 SEQ # 000000596183 | 122.52 |
| 12-05 | POS Purchase | MERCHANT PURCHASE TERMINAL 442733 GELSON S MARKETS HOLLYWOOD CA XXXXXXXXXXXX1665 SEQ # 433922710038 | 99.54 |
| 12-06 | POS Purchase | POS PURCHASE TERMINAL 20660201 GELSON'S MARKETS # 114 HOLLYWOOD CA XXXXXXXXXXXX1665 SEQ # 434110624077 | 41.55 |
| 12-06 | POS Purchase | POS PURCHASE TERMINAL 20660201 GELSON'S MARKETS # 114 HOLLYWOOD CA XXXXXXXXXXXX1665 SEQ # 434120105582 | 98.18 |
| 12-06 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL ZL706 2R90 Amzn com WA XXXXXXXXXXXX1665 SEQ # 434027101290 | 18.80 |
| 12-06 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 GB THE OAKS SCHOO L HTTPSGIVE DE XXXXXXXXXXXX1665 SEQ # 434028000104 | 29.81 |

# EastWest Bank — Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

**ACCOUNT STATEMENT**
Page 3 of 6
STARTING DATE: December 01, 2024
ENDING DATE: December 31, 2024
9964

ERIN ELIZABETH BURKE

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 12-06 | POS Purchase | MERCHANT PURCHASE TERMINAL 403629 UBER EATS HELP UBER CA XXXXXXXXXXXX1665 SEQ # 434123744418 | 79.46 |
| 12-06 | POS Purchase | MERCHANT PURCHASE TERMINAL 406466 DERMATOLOGY AND LA SER 818 50593 CA XXXXXXXXXXXX1665 SEQ # 434028000004 | 450.00 |
| 12-09 | Service Charge | WIRE TRANS-IN | 10.00 |
| 12-09 | POS Purchase | POS PURCHASE TERMINAL 68647917 GDP*FREDERICK CLEA NERS LOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 434500107603 | 211.15 |
| 12-09 | POS Purchase | MERCHANT PURCHASE TERMINAL 490641 ICP JAG Gym 310 28798 CA XXXXXXXXXXXX1665 SEQ # 434121216078 | 17.64 |
| 12-09 | POS Purchase | MERCHANT PURCHASE TERMINAL 494166 EINSTEIN BROS BAGE LS STUDIO CI CA XXXXXXXXXXXX1665 SEQ # 434122075422 | 22.47 |
| 12-10 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 STARBUCKS STORE 00 643 ENCINO CA XXXXXXXXXXXX1665 SEQ # 434429102610 | 17.85 |
| 12-10 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 Prime Video ZX28G 1432 888 802 3 WA XXXXXXXXXXXX1665 SEQ # 434428102136 | 19.34 |
| 12-10 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 BLOOMBERG 3619622 6 HTTPSWWW NY XXXXXXXXXXXX1665 SEQ # 434528000033 | 19.99 |
| 12-11 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 Prime Video Channe ls amzn com WA XXXXXXXXXXXX1665 SEQ # 434523103588 | 4.99 |
| 12-11 | POS Purchase | MERCHANT PURCHASE TERMINAL 423168 PAVILIONS 2212 CULVER CI CA XXXXXXXXXXXX1665 SEQ # 434520177264 | 14.90 |
| 12-11 | POS Purchase | MERCHANT PURCHASE TERMINAL 439122 J CREW FACTORY COM 212 209 2 VA XXXXXXXXXXXX1665 SEQ # 434520177242 | 169.73 |
| 12-12 | POS Purchase | POS PURCHASE TERMINAL 18161001 SHELL SERVICE STAT ION STUDIO CI CA XXXXXXXXXXXX1665 SEQ # 434711233333 | 10.58 |
| 12-12 | POS Purchase | POS PURCHASE TERMINAL 77827301 SQ *ELF LOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 434704322642 | 209.10 |
| 12-12 | POS Purchase | MERCHANT PURCHASE TERMINAL 400097 MEN124 MENCHIES UN IVER ENCINO CA XXXXXXXXXXXX1665 SEQ # 434623829904 | 19.16 |
| 12-13 | POS Purchase | MERCHANT PURCHASE TERMINAL 406466 WAX MELROSE WWW WAXLA CA XXXXXXXXXXXX1665 SEQ # 434821000000 | 110.00 |
| 12-16 | Service Charge | WIRE TRANS-IN | 10.00 |
| 12-16 | Account Debit | ZELLE LYNDSIE PAY NE EAST WEST BANK 88662 135 N LOS ROBLES A | 1,900.00 |
| 12-16 | ATM Withdrawal | CASH WITHDRAWAL TERMINAL P402310 1600 IVAR AVE LOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 435000006023 | 103.99 |
| 12-16 | POS Purchase | POS PURCHASE TERMINAL 20660201 GELSON'S MARKETS # 114 HOLLYWOOD CA XXXXXXXXXXXX1665 SEQ # 434920111206 | 48.73 |
| 12-16 | POS Purchase | POS PURCHASE TERMINAL 32479079 TARGET STORE T2479 LOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 000000079121 | 99.34 |
| 12-16 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 LADOT METER PARKIN G LOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 434825106428 | 1.00 |
| 12-16 | POS Purchase | MERCHANT PURCHASE TERMINAL 490641 ICP JAG Gym 310 28798 CA XXXXXXXXXXXX1665 SEQ # 434820216665 | 5.51 |
| 12-16 | POS Purchase | MERCHANT PURCHASE TERMINAL 443106 TARGET COM 800 591 3 MN XXXXXXXXXXXX1665 SEQ # 435027112748 | 13.90 |
| 12-16 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL ZX6L2 50M1 Amzn com WA XXXXXXXXXXXX1665 SEQ # 434826106794 | 16.30 |
| 12-16 | POS Purchase | MERCHANT PURCHASE TERMINAL 494166 EINSTEIN BROS BAGE LS STUDIO CI CA XXXXXXXXXXXX1665 SEQ # 434924079047 | 19.06 |

# EASTWESTBANK Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

ERIN ELIZABETH BURKE

ACCOUNT STATEMENT
Page 4 of 6
STARTING DATE: December 01, 2024
ENDING DATE: December 31, 2024
9964

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 12-16 | POS Purchase | MERCHANT PURCHASE TERMINAL 494300 FRUITLADY ARNETTFA RM TORRANCE CA XXXXXXXXXXXX1665 SEQ # 435129112986 | 20.00 |
| 12-16 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 SQ LEE FARMS REEDLEY CA XXXXXXXXXXXX1665 SEQ # 435026108809 | 30.98 |
| 12-16 | POS Purchase | MERCHANT PURCHASE TERMINAL 443106 FRESHLUNCHES 818885171 CA XXXXXXXXXXXX1665 SEQ # 434822111474 | 31.90 |
| 12-16 | POS Purchase | MERCHANT PURCHASE TERMINAL 444500 WWP WESTERN EXTERM INATOR360 885 4 WA XXXXXXXXXXXX1665 SEQ # 435020300605 | 67.20 |
| 12-16 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 IC INSTACART HTTPSINST CA XXXXXXXXXXXX1665 SEQ # 434927000121 | 123.07 |
| 12-16 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 TST KATSU YA SUS HI KATStudio Ci CA XXXXXXXXXXXX1665 SEQ # 435023108477 | 124.60 |
| 12-16 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 TST KATSU YA SUS HI KATStudio Ci CA XXXXXXXXXXXX1665 SEQ # 435025108477 | 150.00 |
| 12-18 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 NEW YORK MAGAZINE NYMAG COM DC XXXXXXXXXXXX1665 SEQ # 435220500009 | 4.00 |
| 12-18 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 Prime Video Channe ls amzn com WA XXXXXXXXXXXX1665 SEQ # 435323101022 | 8.99 |
| 12-18 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 TST MONSIEUR MARCE L BISTLos Angel CA XXXXXXXXXXXX1665 SEQ # 435229100408 | 55.60 |
| 12-18 | POS Purchase | MERCHANT PURCHASE TERMINAL 471705 MONSIEUR MARCEL GO URMET LOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 435221173529 | 90.14 |
| 12-19 | POS Purchase | MERCHANT PURCHASE TERMINAL 494166 EINSTEIN BROS BAGE LS STUDIO CI CA XXXXXXXXXXXX1665 SEQ # 435321080788 | 16.91 |
| 12-20 | POS Purchase | POS PURCHASE TERMINAL 82359601 BRISTOL FARMS 09 LOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 435516063134 | 32.40 |
| 12-20 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 Prime Video Z13Y6 0YJ0 888 802 3 WA XXXXXXXXXXXX1665 SEQ # 435420102147 | 14.99 |
| 12-20 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 SQ BLANCO PARKING CORP Van Nuys CA XXXXXXXXXXXX1665 SEQ # 435525103122 | 21.00 |
| 12-23 | A2A Pmt Debit | TERMINAL 00001000 NETFLIX.COM LOS GATOS CA XXXXXXXXXXXX1665 SEQ # 000000782140 | 22.99 |
| 12-23 | POS Purchase | MERCHANT PURCHASE TERMINAL 403629 UBER ONE HELP UBER CA XXXXXXXXXXXX1665 SEQ # 435629742806 | 9.99 |
| 12-23 | POS Purchase | MERCHANT PURCHASE TERMINAL 443106 FRESHLUNCHES 818885171 CA XXXXXXXXXXXX1665 SEQ # 435523116039 | 15.95 |
| 12-23 | POS Purchase | MERCHANT PURCHASE TERMINAL 443106 FRESHLUNCHES 818885171 CA XXXXXXXXXXXX1665 SEQ # 435525116039 | 15.95 |
| 12-23 | POS Purchase | MERCHANT PURCHASE TERMINAL 413746 TST BRIGANTINE DE L MAR DEL MAR CA XXXXXXXXXXXX1665 SEQ # 435727100651 | 26.15 |
| 12-23 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 VZWRLSS APOCC VISW 800 922 0 FL XXXXXXXXXXXX1665 SEQ # 435528103318 | 32.13 |
| 12-23 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL ZE967 6GX2 Amzn com WA XXXXXXXXXXXX1665 SEQ # 435823106140 | 46.75 |
| 12-23 | POS Purchase | MERCHANT PURCHASE TERMINAL 413746 TST BRIGANTINE DE L MAR DEL MAR CA XXXXXXXXXXXX1665 SEQ # 435724100651 | 61.94 |
| 12-23 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 BLICK ART 800 447 1892 LOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 435523103662 | 108.30 |

# EastWest Bank  *Your financial bridge*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

ERIN ELIZABETH BURKE

ACCOUNT STATEMENT
Page 5 of 6
STARTING DATE: December 01, 2024
ENDING DATE: December 31, 2024
9964

| Date | Transaction Description | | Subtractions |
|---|---|---|---:|
| 12-23 | POS Purchase | MERCHANT PURCHASE TERMINAL 406466 AMERICAN GIRL RETA IL HTTPSWWW WI XXXXXXXXXXXX1665 SEQ # 435626000000 | 126.00 |
| 12-24 | POS Purchase | POS PURCHASE TERMINAL 74899484 FLOWERS WHOLESALE WEST HOLL CA XXXXXXXXXXXX1665 SEQ # 435918567733 | 112.46 |
| 12-24 | POS Purchase | POS PURCHASE TERMINAL 41272601 EATALY LA CATAPULT LOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 000000342584 | 142.30 |
| 12-24 | POS Purchase | POS PURCHASE TERMINAL 82359601 BRISTOL FARMS 09 LOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 435914021643 | 177.04 |
| 12-24 | POS Purchase | POS PURCHASE TERMINAL 41272601 EATALY LA CATAPULT LOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 000000454589 | 365.73 |
| 12-24 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 Amazon Prime Z96H2 8ME1 Amzn com WA XXXXXXXXXXXX1665 SEQ # 435827106785 | 16.41 |
| 12-24 | POS Purchase | MERCHANT PURCHASE TERMINAL 444500 STARBUCKS 24502 DEL MAR CA XXXXXXXXXXXX1665 SEQ # 435922001522 | 23.85 |
| 12-26 | POS Purchase | POS PURCHASE TERMINAL 30924718 CVS/PHARMACY #0924 7 DEL MAR CA XXXXXXXXXXXX1665 SEQ # 022473 | 102.76 |
| 12-26 | POS Purchase | MERCHANT PURCHASE TERMINAL 405522 LAZ PARKING M17880 SKI LOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 436022192614 | 4.00 |
| 12-26 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 SHOPIFY 310496236 SHOPIFY C IL XXXXXXXXXXXX1665 SEQ # 435926500013 | 112.88 |
| 12-26 | Preauth Debit | California FAIR debitpmt 241226 | 1,332.77 |
| 12-27 | POS Purchase | POS PURCHASE TERMINAL 502 1712 /1CA112 SEES CAND DEL MAR CA XXXXXXXXXXXX1665 SEQ # 353450 | 88.30 |
| 12-27 | POS Purchase | POS PURCHASE TERMINAL 09881701 GELSON'S MARKET #2 7 DEL MAR CA XXXXXXXXXXXX1665 SEQ # 436216169310 | 201.82 |
| 12-27 | POS Purchase | MERCHANT PURCHASE TERMINAL 490641 ICP JAG Gym 310 28798 CA XXXXXXXXXXXX1665 SEQ # 436121217722 | 667.00 |
| 12-30 | ATM Withdrawal | CASH WITHDRAWAL TERMINAL P402310 1600 IVAR AVE LOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 436400006076 | 103.99 |
| 12-30 | POS Purchase | POS PURCHASE TERMINAL 99999999 TRADER JOE S #20 T RADER LOS ANGEL CA XXXXXXXXXXXX1665 SEQ # 436420700532 | 111.59 |
| 12-30 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 AMAZON PRIME ZP2MQ 3MB2 amzn com WA XXXXXXXXXXXX1665 SEQ # 436425101495 | 2.99 |
| 12-30 | POS Purchase | MERCHANT PURCHASE TERMINAL 438886 Patreon Membershi p Internet CA XXXXXXXXXXXX1665 SEQ # 436328062951 | 6.45 |
| 12-30 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 GOODRX GOLD HTTPSWWW CA XXXXXXXXXXXX1665 SEQ # 436222000084 | 9.99 |
| 12-30 | POS Purchase | MERCHANT PURCHASE TERMINAL 413746 TST BUSHFIRE KITC HEN DEL MAR CA XXXXXXXXXXXX1665 SEQ # 436227501028 | 26.94 |
| 12-30 | POS Purchase | MERCHANT PURCHASE TERMINAL 413746 TST BUSHFIRE KITC HEN DEL MAR CA XXXXXXXXXXXX1665 SEQ # 436221501037 | 66.28 |
| 12-31 | POS Purchase | MERCHANT PURCHASE TERMINAL 406466 DERMATOLOGY AND LA SER 818 50593 CA XXXXXXXXXXXX1665 SEQ # 436622000000 | 43.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---:|---|---:|---|---:|
| 11-30 | 4,218.54 | 12-03 | 1,806.28 | 12-05 | 1,751.01 |
| 12-02 | 1,831.27 | 12-04 | 1,796.29 | 12-06 | 1,033.21 |

# EAST WEST BANK — Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

ERIN ELIZABETH BURKE

ACCOUNT STATEMENT
Page 6 of 6
STARTING DATE: December 01, 2024
ENDING DATE: December 31, 2024
9964

| Date | Amount | Date | Amount | Date | Amount |
| --- | --- | --- | --- | --- | --- |
| 12-09 | 3,271.95 | 12-16 | 4,739.46 | 12-24 | 3,791.49 |
| 12-10 | 3,214.77 | 12-18 | 5,180.73 | 12-26 | 2,239.08 |
| 12-11 | 3,025.15 | 12-19 | 5,163.82 | 12-27 | 3,239.25 |
| 12-12 | 2,786.31 | 12-20 | 5,095.43 | 12-30 | 21,037.02 |
| 12-13 | 5,505.04 | 12-23 | 4,629.28 | 12-31 | 20,994.02 |

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
| --- | --- | --- |
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |