# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re: Erin Elizabeth Burke,  |  Case No. 2:24-BK-14882-BB

|

Debtor(s)

---

## Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Gregory K. Jones*, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00.  A plan was confirmed in the above-captioned case on December 16, 2024.  No plan payments were made to the trustee.  According to the debtor, the plan was substantially consummated and, pursuant to 11 U.S.C. § 330(a), I was awarded $9,027.50 in fees and $0.00 in expenses on January 17, 2025.  These funds were paid to the trustee on January 21, 2025.  I hereby certify that my administration of the estate of the above-named Debtor has been completed.  I request that I be discharged from any further duties as trustee.

Date:  3/24/2025          By:_____ */s/ Gregory K. Jones*_____
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(V)-NDR D**

4927-5209-0414v1/106235-0112

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 N. Santa Monica Boulevard, Suite 1450, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (specify):  Chapter 11 Subchapter V Trustee's Report of No Distribution (UST Form 101-11(V)-NDR D)
will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **3/24/2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   See Attached Service List

[ X ] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[  ] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 3/24/2025 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDERAL EXPRESS**
The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

[]Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/24/2025 | Suzanne Johnson | /s/ Suzanne Johnson |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

## *SERVICE LIST*

**2:24-bk-14882-BB Notice will be electronically mailed to:**

Leslie A Cohen on behalf of Creditor The LCF Group, Inc.
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Todd S. Garan on behalf of Creditor U.S. Bank Trust National Association, not in its individual
capacity but solely as trustee of GS Mortgage-Backed Securities Trust 2023-PJ3
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan on behalf of Interested Party Courtesy NEF
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

David B Golubchik on behalf of Attorney Levene, Neale, Bender, Yoo & Golubchik L.L.P.
dbg@lnbyg.com, dbg@lnbyg.com

David B Golubchik on behalf of Debtor Erin Elizabeth Burke
dbg@lnbyg.com, dbg@lnbyg.com

David B Golubchik on behalf of Financial Advisor Armory Consulting Co.
dbg@lnbyg.com, dbg@lnbyg.com

Gaye N Heck on behalf of Creditor salesforce.com, inc.
gheck@bbslaw.com

Gregory Kent Jones (TR)
gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com

Alexandria Lattner on behalf of Creditor BANK OF AMERICA, N.A.
alattner@sheppardmullin.com, ehwalters@sheppardmullin.com

Alexandria Lattner on behalf of Creditor Merrill Lynch, Pierce, Fenner & Smith, Inc.
alattner@sheppardmullin.com, ehwalters@sheppardmullin.com

Matthew A Lesnick on behalf of Creditor LA COTE I LLC
matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Anne C Manalili on behalf of Creditor U.S. Small Business Administration
anne.manalili@sba.gov

*Jessica G McKinlay on behalf of Creditor Pinterest*
*jessica@bbslaw.com*

*Yihan She on behalf of Attorney Levene, Neale, Bender, Yoo & Golubchik L.L.P.*
*yas@lnbyg.com*

*Yihan She on behalf of Debtor Erin Elizabeth Burke*
*yas@lnbyg.com*

*David Samuel Shevitz on behalf of U.S. Trustee United States Trustee (LA)*
*David.S.Shevitz@usdoj.gov*

*United States Trustee (LA)*
*ustpregion16.la.ecf@usdoj.gov*